DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Timothy Graulich
James I. McClammy
Stephen D. Piraino (*pro hac vice* pending)

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **GRUPO AEROMÉXICO, S.A.B. de C.V.,** *et al.*, | **Case No. 20-11563 (_)** |
| **Debtors.**[1] | **(Joint Administration Pending)** |

**DEBTORS' MOTION FOR AN ORDER AUTHORIZING**
**(i) DEBTORS TO PAY CERTAIN PREPETITION TAXES,**
**GOVERNMENTAL ASSESSMENTS AND FEES AND**
**(ii) FINANCIAL INSTITUTIONS TO HONOR AND**
**PROCESS RELATED CHECKS AND TRANSFERS**

Grupo Aeroméxico, S.A.B. de C.V. ("**Grupo Aeroméxico**") and its affiliates that

are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**";

the Debtors collectively with their direct and indirect non-Debtor subsidiaries, the

"**Company**" or "**Aeroméxico**") hereby move (this "**Motion**") this Court (as defined

herein) for entry of interim and final orders, substantially in the forms attached hereto as

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

**Exhibit A** and **Exhibit B** (the "**Interim Order**" and the "**Final Order**", respectively), granting the relief described below.  In support thereof, the Debtors refer to the contemporaneously-filed *Declaration of Ricardo Javier Sánchez Baker in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Sánchez Declaration**") and further represent as follows:

<u>Jurisdiction and Venue</u>

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors consent to entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

<u>Background</u>

2.      On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  To date, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") has not appointed a statutory committee of creditors in these chapter 11 cases, nor has the Court appointed a trustee or examiner therein.

2

3.      Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4.      The Debtors and their direct and indirect subsidiaries constitute the largest airline in Mexico and are collectively known as Mexico's "global airline", providing public air carrier services for passengers and goods (including fleet and cargo services) in and outside of Mexico, and services related to such air operations. The Debtors are one of the four founding members of the SkyTeam airline alliance, and their businesses include Aeroméxico, Aeroméxico Connect, Aeroméxico Cargo and Aeroméxico Servicios. Additional information about the Debtors' businesses and affairs, capital structure and prepetition indebtedness and the events leading up to the Petition Date can be found in the Sánchez Declaration, filed contemporaneously herewith.

### Relief Requested

5.      By this Motion, pursuant to sections 105(a), 363(b), 507(a) of the Bankruptcy Code, Bankruptcy Rules 6003 and 6004 and 541(d), and Rule 9013-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), the Debtors request entry of an Interim Order and a Final Order, authorizing, but not directing, the Debtors to pay certain taxes and business license, compliance and regulatory fees (as further described below, the "**Taxes and Fees**") to various foreign, federal, state, county and city taxing, licensing and regulatory authorities (the "**Governmental Authorities**"), whether asserted before, on or after the Petition Date, and without prejudice to the Debtors' rights to contest the amounts of any Taxes and Fees on any grounds available under applicable law. The Debtors also respectfully request that

3

the Interim Order and the Final Order (a) authorize and direct all applicable banks and

other financial institutions (collectively, the "**Banks**") to receive, process, honor and pay

any and all checks, drafts and other forms of payment, including fund transfers, on

account of the Taxes and Fees, whether such checks or other requests were submitted

before, on or after the Petition Date; (b) authorize the Banks to rely on the representations

of the Debtors as to which checks and fund transfers are subject to this Motion, *provided*

that no Bank shall have any liability to any party for relying on such representations; (c)

prohibit the Banks from placing any holds on, or attempting to reverse, any automatic

transfers on account of the Taxes and Fees; and (d) authorize the Debtors to issue new

post-petition checks or effect new post-petition fund transfers to replace any checks,

drafts and other forms of payment, which may be dishonored or rejected and to reimburse

any expenses that may be incurred as a result of any Bank's failure to honor a prepetition

check or other form of payment.

6.      By seeking the authorization requested herein, it should not be presumed

that the Debtors have determined, as of this time, which of the Taxes and Fees they will

pay or honor, nor should any party rely on this Motion as to any specific tax or fee.

## The Debtors' Taxes and Fees

7.      In the ordinary course of business, the Debtors collect and incur various

Taxes and Fees, including income taxes, VAT and sales taxes, and Airline Taxes and

Fees (as defined below), among other taxes. The Debtors remit the Taxes and Fees to

Governmental Authorities, a nonexclusive list of which is attached hereto as **Exhibit C**

(the "**Governmental Authorities List**").[2]

8.      In addition to the more generally applicable Taxes and Fees, the Debtors

collect, incur and remit several taxes and fees attributable to their operations as an

international airline (the "**Airline Taxes and Fees**"). The Airline Taxes and Fees include:

(a) customs, immigration and security fees (including the Mexican Tourism Tax (DNI));

(b) taxes and fees assessed for flying over, or landing in, a particular jurisdiction

(including Servicios a la Navegación en el Espacio Aéreo Mexicano ("**SENEAM**") fees

which are incurred when operating within Mexican airspace) and (c) national tourism

taxes related to education and social welfare initiatives.

9.      The Debtors believe that many of the Taxes and Fees collected prepetition

are not property of the Debtors' estates and must for that reason be turned over to the

Governmental Authorities.  To the extent that they are not actually the property of the

Governmental Authorities, they may well give rise to priority claims and personal

liability.

10.      Moreover, the Debtors also seek to pay prepetition Taxes and Fees in

order to forestall Governmental Authorities from taking actions that might interfere with

the Debtors' successful reorganization, including restricting the Debtors' principal

activities (such as requesting advance payments for any Airlines Taxes and Fees, as

defined below) or blocking the receipt or renewal of permits required for the Debtors'

---

[2] Although the Governmental Authorities List is substantially complete, and the Debtors have exercised their reasonable best efforts, the Debtors request the relief be made applicable to all Governmental Authorities, and not solely to those listed on the Governmental Authorities List.

continued operations or possibly bringing personal liability actions against directors, officers and other employees in connection with non-payment of Taxes and Fees, among other possible Governmental Authority actions. Actions against the Debtors' directors, officers and other employees would likely distract key personnel, whose full-time attention to the Debtors' reorganization efforts is required, and would likely cause potential business disruptions.  Any such business disruptions would likely erode the Debtors' customer base and negatively impact these chapter 11 cases.  Accordingly, the Debtors submit that the proposed relief is in the best interest of the Debtors' estates.

11. The Debtors anticipate that they will be obligated to pay approximately $13.7 million in Taxes and Fees (the "**Interim Taxes and Fees Cap**") in the first thirty (30) days following the Petition Date. An estimate of the Taxes and Fees owed in excess of the Interim Taxes and Fees Cap will be set forth in a supplement to this Motion to be filed no later than fourteen (14) days before the hearing on the Final Order.

### Relief Requested Should Be Granted

#### A.  Payment of the Taxes and Fees Is Appropriate Under the Doctrine of Necessity

12. Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."  11 U.S.C. § 105(a).  A bankruptcy court's use of its equitable powers to "authorize the payment of pre-petition debt when such payment is needed to facilitate the rehabilitation of the debtor is not a novel concept."  *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989).  "Under Section 105, the court can permit pre-plan payment of a pre-petition obligation when essential to the continued operation of the

debtor." *In re NVR L.P.*, 147 B.R. 126, 127 (Bankr. E.D. Va. 1992) (citing *Ionosphere Clubs*, 98 B.R. at 177).

13.     In a long line of well-established cases, federal courts have consistently permitted postpetition payment of prepetition obligations where necessary to preserve or enhance the value of a debtor's estate for the benefit of all creditors.   *See, e.g., Miltenerger v. Logansport Ry. Co.*, 106 U.S. 286, 312 (1882) (permitting payment of pre-receivership claim prior to reorganization to prevent "stoppage of [crucial] business relations"); *Mich. Bureau of Workers' Disability Comp. v. Chateaugay Corp. (In re Chateaugay Corp.*), 80 B.R. 279, 285–86 (S.D.N.Y. 1987) (affirming order authorizing payment of prepetition wages, salaries, expenses and benefits).

14.     This doctrine of "necessity" functions in a chapter 11 reorganization as a mechanism by which the bankruptcy court can exercise its equitable power to allow payment of critical prepetition claims not explicitly authorized by the Bankruptcy Code. *See In re Boston & Me. Corp.*, 634 F.2d 1359, 1382 (1st Cir. 1980) (recognizing existence of judicial power to authorize trustees to pay claims for goods and services that are indispensably necessary to debtors' continued operation).   The doctrine is frequently invoked early in a reorganization, particularly in connection with those chapter 11 sections that relate to payment of prepetition claims.   Accordingly, pursuant to section 105(a) of the Bankruptcy Code, this Court is empowered to grant the relief requested herein.

**B. Certain of the Prepetition Taxes and Fees Are Not Property of the Debtors'
Estates**

15.     Section 541(d) of the Bankruptcy Code provides, in relevant part, that
"[p]roperty in which the debtor holds, as of the commencement of the case, only legal
title and not an equitable interest . . . becomes property of the estate under subsection
(a)(1) or (2) of this section only to the extent of the debtor's legal title to such property,
but not to the extent of any equitable interest in such property that the debtor does not
hold." 11 U.S.C. § 541(d).

16.     Certain of the Taxes and Fees are "trust fund" taxes, which the Debtors are
required to collect and hold in trust for the Governmental Authorities. *See, e.g.,* I.R.C. §
7501 (stating that certain Taxes and Fees are held in trust).  As such, these Taxes and
Fees are not property of the Debtors' estates under section 541 of the Bankruptcy Code.
*See, e.g., Begier, Jr. v. IRS*, 496 U.S. 53 (1990) (stating that certain taxes are property
held by debtor in trust for another and, as such, are not property of debtor's estate);
*DeChiaro v. N.Y. State Tax Comm'n*, 760 F.2d 432, 433–34 (2d Cir. 1985) (concluding
that sales taxes are "trust fund" taxes); *Al Copeland Enter., Inc. v. Texas (In re Al
Copeland Enter., Inc.)*, 991 F.2d 233, 235–37 (5th Cir. 1993) (holding that debtors'
prepetition collection of sales taxes and interest thereon were held subject to trust and
were not property of the estate); *Texas Comptroller of Pub. Accounts v. Megafoods
Stores, Inc. (In re Megafood Stores, Inc.)*, 163 F.3d 1063, 1067–69 (9th Cir. 1998)
(determining that under Texas law, state sales taxes collected created statutory trust fund,
if traceable, and were not property of the estate); *Shank v. Wash. State Dept. of Revenue,
Excise Tax Div. (In re Shank)*, 792 F.2d 829, 830 (9th Cir. 1986) (concluding that sales

8

taxes required by state law to be collected by sellers from their customers are "trust fund" taxes); *In re Am. Int'l Airways, Inc.*, 70 B.R. 102, 103 (Bankr. E.D. Pa. 1987) (holding that excise and withholding taxes are "trust fund" taxes); *Shipley Co. v. Darr (In re Tap, Inc.)*, 52 B.R. 271, 277 (Bankr. D. Mass. 1985) (finding that certain taxes are "trust fund" taxes).  *See generally Official Comm. of Unsecured Creditors of the Columbia Gas Transmission Corp. v. Columbia Gas Sys. Inc. (In re Columbia Gas Sys. Inc.)*, 997 F.2d 1039, 1060 (3d Cir. 1993) (indicating that even if the statute does not establish an express trust, a constructive trust may be found).  Since these funds are not property of the Debtors' estates, they are not available for the satisfaction of creditors' claims. Accordingly, the Debtors request the Court authorize payment of the Taxes and Fees to the applicable Governmental Authorities as they come due.

### C.  Payment of Certain of the Taxes and Fees Is Appropriate under Bankruptcy Code Section 507(a)(8)

17.     Claims for some or all of the Taxes and Fees owed by the Debtors are entitled to priority status under section 507(a)(8) of the Bankruptcy Code.  As priority claims, those portions of Taxes and Fees must be paid in full before any general unsecured obligations of the Debtors can be satisfied.  Payment of the Taxes and Fees will also save the Debtors potential interest expense, legal expense and penalties that might otherwise accrue on, or be incurred in connection with, such Taxes and Fees.

18.     The Debtors believe that sufficient assets will exist to pay all priority Taxes and Fees in full under any plan of reorganization that may ultimately be proposed and confirmed by this Court.  Accordingly, to the extent the collected taxes are property of the Debtors and give rise to priority claims, the relief requested will only affect the

timing of the payment of these priority Taxes and Fees and will not prejudice the rights of general unsecured creditors.

19.    Section 507(a)(8) of the Bankruptcy Code grants priority status to unsecured claims of governmental units for (a) taxes on or measured by income or gross receipts for a taxable year ending on or before the Petition Date, for which a return, if required, is last due after three years before the Petition Date, and, which is assessed within 240 days on or before the Petition Date, *see* 11 U.S.C. § 507(a)(8)(A); (b) property taxes incurred before the Petition Date, *see* 11 U.S.C. § 507(a)(8)(B); and (c) taxes required to be collected or withheld and for which the debtor is liable in whatever capacity, *see* 11 U.S.C. § 507(a)(8)(C).

20.    In this respect, it should be noted that obligations labeled as "fees" or "charges" may also be entitled to priority status as taxes.  *See* 11 U.S.C. § 507(a)(8).  A fee or charge is a tax if it is an involuntary pecuniary burden: (i) laid upon the individual or their property, (ii) imposed by or under authority of a legislative body, (iii) assumed for public purposes, including the purposes of defraying expenses of government or undertakings authorized by it and (iv) assessed under the police or taxing power of the state.  *See LTV Steel Co. v. Shalala (In re Chateaugay Corp.)*, 53 F.3d 478, 498 (2d Cir. 1995). Taxes owed to a foreign state are similarly entitled to priority status. See 11 U.S.C. §§ 507(a)(8) and 101(27).  Substantially all of the Taxes and Fees are involuntary pecuniary burdens imposed by the authority of a foreign, federal, state or local legislature under its police or taxing power.  As a result, many of the claims in respect of the Taxes and Fees would qualify for priority status under Bankruptcy Code section 507(a)(8) even

if styled "fees" or "charges." Those claims also must be paid in full before any general unsecured obligations of a debtor may be satisfied.

21.     Thus, payment of the Taxes and Fees will likely give the Governmental Authorities no more than that to which they would otherwise be entitled under a chapter 11 plan. The payment of these Taxes and Fees amounts to a timing issue and will not prejudice the rights of the general unsecured creditors of these estates. Moreover, payment will save the Debtors potential interest expense, legal expense and penalties that otherwise might accrue on, or be incurred in connection with, the Taxes and Fees.

**D.   Non-Payment of Certain Taxes and Fees Would Cause Immediate and Irreparable Harm to the Debtors' Estates**

22.     Many foreign, federal and state statutes hold certain directors, officers and other employees of entities responsible for collecting taxes, or remitting certain taxes, personally liable for these types of taxes. To the extent such Taxes and Fees were incurred by the Debtors before the Petition Date and are not remitted or paid by the Debtors, certain of the Debtors' directors, officers and other employees may be subject to lawsuits during the pendency of these chapter 11 cases.  Payment of the Taxes and Fees will avoid director and employee loss of focus and morale resulting from the risk of personal liability.  A lawsuit and any ensuing liability would distract personnel from important tasks, to the detriment of all parties in interest in these chapter 11 cases.  The dedicated and active participation of the Debtors' directors, officers and other employees is not only integral to the Debtors' continued, uninterrupted operations, but is also essential to their successful reorganization.

23.     Payment of certain of the prepetition Taxes and Fees is critical to the Debtors' continued, uninterrupted operations and to avoid immediate and irreparable harm to the Debtors' estates.  Non-payment of the Taxes and Fees may cause certain Governmental Authorities to take precipitous action, including but not limited to conducting audits, filing liens, pursuing payment of Taxes and Fees from the Debtors' directors, officers and other employees, and seeking to lift the automatic stay, any of which would disrupt the Debtors' day-to-day operations and could potentially impose significant costs and burdens on the Debtors' estates, including restricting or prohibiting the company to even perform its daily operations by claiming payment of the Airline Taxes and Fees, such as SENEAM, prior to the departure of aircrafts from any Mexican airport.  Prompt payment of the Taxes and Fees will avoid these unnecessary and potentially costly governmental actions.  *See In re FCC*, 217 F.3d 125, 137 (2d Cir. 2000). Accordingly, to the extent the relief requested herein involves the use of property of the estate and Bankruptcy Rule 6003 is applicable, the requested relief is consistent with such Rule because failure to pay the Taxes and Fees would cause immediate and irreparable harm to the Debtors.

### E.  Substantial Precedent Exists for Authorizing Payment of Prepetition Taxes

24.     In numerous chapter 11 cases in this and other districts, courts have authorized debtors to pay similar prepetition tax obligations. *See, e.g.*, *In re Avianca Holdings S.A.*, Case No. 20-11133 (MG) (Bankr. S.D.N.Y. June 9, 2020) [Docket No. 253]; *In re LATAM Airlines Group S.A.*, Case No. 20-11254 (Bankr. S.D.N.Y. June 2, 2020) [Docket No. 84]; *In re Synergy Pharm. Inc.*, Case No. 18-14010 (JLG) (Bankr.

S.D.N.Y. January 23, 2019) [Docket No. 257]; *In re Waypoint Leasing Holdings Ltd.*, Case No. 18-13648 (SMB) (Bankr. S.D.N.Y. Dec. 19, 2018) [Docket No. 128]; *In re Aegean Marine Petroleum Network Inc.*, Case No. 18-13374 (MEW) (Bankr. S.D.N.Y. Dec. 6, 2018) [Docket No 154]; *In re Sears Holding Corp.*, Case No. 18- 23538 (RDD) (Bankr. S.D.N.Y. Oct. 16, 2018) [Docket No. 116]; *In re Aralez Pharm. US Inc.*, Case No. 18-12425 (MG) (Bankr. S.D.N.Y. Aug. 14, 2018) [Docket No. 38]. The Debtors submit that the circumstances described herein warrant similar relief.

25.      Section 363(b)(1) of the Bankruptcy Code empowers the Court to allow the debtor to "use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).  Debtors' decisions to use, sell or lease assets outside the ordinary course of business must be based upon the sound business judgment of the debtor.  *See In re Chateaugay Corp.*, 973 F.2d 141, 143 (2d Cir. 1992) (holding that a judge deciding a section 363(b) application must find from the evidence presented before him or her a good business reason to grant such application); *see also Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063, 1071 (2d Cir. 1983); *In re Global Crossing Ltd.*, 295 B.R. 726, 743 (Bankr. S.D.N.Y. 2003); *In re Ionosphere Clubs, Inc.*, 100 B.R. 670, 675 (Bankr. S.D.N.Y. 1989) (noting the standard for determining a section 363(b) motion is "a good business reason").

26.      The business judgment rule is satisfied "when the following elements are present: (1) a business decision, (2) disinterestedness, (3) due care, (4) good faith, and (5) according to some courts and commentators, no abuse of discretion or waste of corporate assets." *Official Comm. of Subordinated Bondholders v. Integrated Res., Inc.*

13

*(In re Integrated Res., Inc.)*, 147 B.R. 650, 656 (S.D.N.Y. 1992), *appeal dismissed*, 3 F.3d 49 (2d Cir. 1993) (internal quotations omitted).  In fact, "[w]here the debtor articulates a reasonable basis for its business decisions (as distinct from a decision made arbitrarily or capriciously), courts will generally not entertain objections to the debtor's conduct." *Comm. of Asbestos-Related Litigants and/or Creditors v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 60 B.R. 612, 616 (Bankr. S.D.N.Y. 1986).  Courts in this district have consistently and appropriately been loath to interfere with corporate decisions absent a showing of bad faith, self-interest or gross negligence, and will uphold a board's decisions as long as they are attributable to any "rational business purpose." *In re Integrated Res. Inc.,* 147 B.R. at 656.

27.     The Debtors submit that to the extent the use of property of the estate is implicated here, the actions for which relief is requested represent a sound exercise of the Debtors' business judgment and are justified under section 363(b), as well as under section 105(a), of the Bankruptcy Code.  As noted above, if the Taxes and Fees are not paid, Governmental Authorities could take actions that could be costly and distracting to the Debtors and interfere with the Debtors' ability to successfully reorganize, which would negatively affect all of the creditors, employees and other affected parties.  Moreover, because certain of the Taxes and Fees either (i) are "trust fund" taxes held in the separate accounts, and are therefore not property of the Debtors' estates, or (ii) would be afforded priority status under section 507(a)(8) of the Bankruptcy Code, the Debtors' general unsecured creditors would not be prejudiced by the Court's granting of the relief requested herein.

### F. Applicable Financial Institutions Should Be Authorized to Honor and Process Related Checks and Transfers

28.     The Debtors also request that all applicable banks and other financial institutions be authorized to (a) receive, process, honor and pay all checks presented for payment of, and to honor all fund transfer requests made by the Debtors related to, the claims that the Debtors request authority to pay in this Motion, regardless of whether the checks were presented or fund transfer requests were submitted before, on or after the Petition Date and (b) rely on the Debtors' designation of any particular check as approved by order of the Court.

### Debtors Have Satisfied Bankruptcy Rule 6003(b)

29.     Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, a bankruptcy court may issue an order granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition" within twenty-one (21) days of filing a petition. Irreparable harm "is a continuing harm which cannot be adequately redressed by final relief on the merits and for which money damages cannot provide adequate compensation." *Kamerling v. Massanari*, 295 F.3d 206, 214 (2d Cir. 2002) (internal quotations omitted). The "harm must be shown to be actual and imminent, not remote or speculative." Id.

30.     As set forth above, the relief requested herein is essential to prevent irreparable damage to the Debtors' operations and going-concern value. Accordingly, the Debtors submit that the relief requested herein is necessary to avoid immediate and irreparable harm, and that Bankruptcy Rule 6003(b) is satisfied.

**Request for Waiver of Stay**

31.     To implement the foregoing successfully, the Debtors request that the Court find that notice of the Motion is adequate under Bankruptcy Rule 6004(a) and waive the fourteen (14) day stay of an order authorizing the use, sale or lease of property under Bankruptcy Rule 6004(h). As explained above and in the Sánchez Declaration, the relief requested herein is necessary to avoid immediate and irreparable harm to the Debtors. Accordingly, ample cause exists to find the notice requirements of Bankruptcy Rule 6004(a) have been satisfied and to grant a waiver of the fourteen (14) day stay imposed by Bankruptcy Rule 6004(h), to the extent the notice requirement and stay apply.

**Notice**

32.     Notice of this Motion will be provided to (a) the U.S. Trustee, (b) each of the Debtors' 30 largest unsecured creditors on a consolidated basis, (c) each of the Debtors' five largest secured creditors on a consolidated basis, (d) the Internal Revenue Service, (e) the United States Attorney's Office for the Southern District of New York, (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**").   A copy of this Motion and any order approving it will also be made available on the Debtors' Case Information Website located at https://dm.epiq11.com/aeromexico.  In light of the nature of the relief requested in this Motion, the Debtors respectfully submit that no further notice is necessary.

**Reservation of Rights**

33.     Nothing contained herein or any action taken pursuant to such relief is intended or shall be construed as (a) an admission as to the validity or priority of any claim against the Debtors; (b) a waiver of the Debtors' or any appropriate party in

16

interest's rights to dispute the amount of, basis for or validity of any claim against the Debtors; (c) a waiver of any claims or causes of action which may exist against any creditor or interest holders; or (d) an approval, assumption, adoption or rejection of any agreement, contract, lease, program or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission as to the validity or priority of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

## **No Previous Request**

34.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the proposed forms of order, substantially in the forms attached hereto, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated:   June 30, 2020
      New York, New York

                DAVIS POLK & WARDWELL LLP

                By: */s/ Timothy Graulich*

                450 Lexington Avenue
                New York, New York 10017
                Tel: (212) 450-4000
                Fax: (212) 607-7983
                Marshall S. Huebner
                Timothy Graulich
                James I. McClammy
                Stephen D. Piraino (*pro hac vice* pending)
                *Proposed Counsel to the Debtors and Debtors in Possession*

18

## Exhibit A

**Proposed Interim Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **GRUPO AEROMÉXICO, S.A.B. de C.V.,** *et al.*, | **Case No. 20-11563 (_)** |
| Debtors.[1] | **(Joint Administration Pending)** |

**INTERIM ORDER AUTHORIZING (i) DEBTORS TO PAY CERTAIN PREPETITION
TAXES, GOVERNMENTAL ASSESSMENTS AND
FEES AND (ii) FINANCIAL INSTITUTIONS TO HONOR
AND PROCESS RELATED CHECKS AND TRANSFERS**

Upon the motion (the "**Motion**")[2] of Grupo Aeroméxico, S.A.B. de C.V. and its affiliates

that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") pursuant to

sections 105(a), 363(b), 507(a) and 541 of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), for entry of an interim order (this "**Order**") and a final order authorizing but not

directing, the Debtors to pay taxes, assessments, fees and charges incurred by the Debtors in the

ordinary course of business (without regard to whether such obligations accrued or arose before,

on or after the Petition Date), including any such taxes, assessments, fees and charges

subsequently determined to be owed by the Debtors (collectively, the "**Taxes and Fees**"), all as

set forth more fully in the Motion; and the Court having jurisdiction to consider the Motion and

the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided and the Court having reviewed the Motion and held a hearing to consider the relief requested in the Motion on an interim basis (the "**Hearing**"); and upon the Sánchez Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined that immediate relief is necessary to avoid irreparable harm to the Debtors and their estates as contemplated by Bankruptcy Rule 6003(b) and is in the best interests of the Debtors, their estates, creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The relief requested in the Motion is hereby granted on an interim basis as set forth herein.

2.      The Debtors are authorized, but not directed, in their sole discretion, to pay the Taxes and Fees (without regard to whether the Taxes and Fees accrued or arose before, on or after the Petition Date), including but not limited to all of those Taxes and Fees subsequently determined, upon audit or otherwise, to be owed, up to an aggregate amount of $13.7 million.

3.      All applicable banks and other financial institutions are hereby authorized to receive, process, honor and pay any and all checks, drafts, wires, check transfer requests or automated clearinghouse transfers evidencing amounts paid by the Debtors under this Order

whether presented prior to, on or after the Petition Date to the extent the Debtors have good funds standing to their credit with banks or other financial institutions. Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order without any duty of further inquiry and without liability for following the Debtors' instructions.

4.      Nothing in this Order or any action taken by the Debtors in furtherance of the implementation hereof shall be deemed to constitute an assumption or rejection of any executory contract or unexpired lease pursuant to Bankruptcy Code section 365, and all of the Debtors' rights with respect to such matters are expressly reserved.

5.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall (a) create, nor is it intended to create, any rights in favor of, or enhance the status of any claim held by any person or entity or (b) be deemed to convert the priority of any claim from a prepetition claim into an administrative expense claim.

6.      Nothing in this Order shall be construed as prejudicing the rights of the Debtors to dispute or contest the amount of or basis for any claims against the Debtors in connection with or relating to the Taxes and Fees.

7.      Nothing in this Order nor the Debtors' payment of claims pursuant to this Order shall be construed as (a) an agreement or admission by the Debtors as to the validity or priority of any claim on any grounds, (b) a waiver or impairment of any of the Debtors' rights to dispute any claims on any grounds, (c) a promise by the Debtors to pay any claim, or (d) an implication or admission by the Debtors that such claim is payable pursuant to this Order.

8.      The requirements of Bankruptcy Rule 6003 are satisfied by the contents of the Motion.

3

9.      The contents of the Motion and the notice procedures set forth therein are good

and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the

Southern District of New York, and no other or further notice of the Motion or the entry of this

Order shall be required.

10.     The Debtors are authorized to take all such actions as are necessary or appropriate

to implement the terms of this Order.

11.     A final hearing to consider the relief requested in the Motion shall be held on

, _____ at _____ (prevailing Eastern Time) and any objections or responses to the Motion

shall be filed and served on the Notice Parties so as to be actually received on or prior to  ,

_____at 4:00 p.m.  (prevailing Eastern Time).   Any objections or responses to the entry of the

Final Order shall be: (a) filed with the Court and (b) served upon and actually received by (i) the

Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room

1006, New York, NY 10014 (Attn: Andrea B. Schwartz, Esq.), (ii) proposed counsel to the

Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn:

Marshall S. Huebner, Timothy Graulich and Stephen D. Piraino) and (iii) counsel to any official

committee then appointed in these chapter 11 cases, so as to be received by 4:00 p.m. (prevailing

Eastern Time) seven (7) days before the hearing to approve the relief requested in the Motion on

a final basis (the "**Objection Deadline**"). A reply to an objection may be filed with the Court and

served on or before 12:00 p.m. (prevailing Eastern Time) on the day that is at least two (2)

business days before the date of the applicable hearing. If no objections or responses are filed

and served, this Court may enter the Final Order without further notice or hearing.

12.     If no objections are timely filed and served as set forth herein, the Debtors shall,

on or after the Objection Deadline, submit to the Court a final order substantially in the form of

this Order, which order shall be submitted and may be entered with no further notice or

opportunity to be heard afforded any party, and the Motion shall be approved nunc pro tunc to

the date of the commencement of these chapter 11 cases.

13.     Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or

Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the

terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

14.     This Court shall retain exclusive jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and enforcement of this Order.


Dated: New York, New York
          _____, 2020


          _____
          UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**Proposed Final Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GRUPO AEROMÉXICO, S.A.B. de C.V.,** *et al.,* | **Case No. 20-11563 (_)** |
| Debtors.[1] | **(Joint Administration Pending)** |

### FINAL ORDER AUTHORIZING (i) DEBTORS TO PAY CERTAIN PREPETITION TAXES, GOVERNMENTAL ASSESSMENTS AND FEES AND (ii) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS

Upon the motion (the "**Motion**")[2] of Grupo Aeroméxico, S.A.B. de C.V. and its affiliates that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") pursuant to sections 105(a), 363(b), 507(a) and 541 of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an interim order and final order (this "**Order**") authorizing but not directing, the Debtors to pay taxes, assessments, fees and charges incurred by the Debtors in the ordinary course of business (without regard to whether such obligations accrued or arose before, on or after the Petition Date), including any such taxes, assessments, fees and charges subsequently determined to be owed by the Debtors (collectively, the "**Taxes and Fees**"), all as set forth more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided to the Notice Parties, and it appearing that no other or further

notice need be provided and the Court having reviewed the Motion and held a hearing to

consider the relief requested in the Motion on an interim basis (the "**Hearing**"); and upon the

Sánchez Declaration, filed contemporaneously with the Motion, and the record of the Hearing;

and the Court having determined that the legal and factual bases set forth in the Motion and at

the Hearing establish just cause for the relief granted herein; and the Court having determined

that immediate relief is necessary to avoid irreparable harm to the Debtors and their estates as

contemplated by Bankruptcy Rule 6003(b) and is in the best interests of the Debtors, their estates,

creditors and all parties in interest; and upon all of the proceedings had before the Court and after

due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Motion is hereby granted on a final basis as set forth

herein.

2.      The Debtors are authorized, but not directed, in their sole discretion, to pay the

Taxes and Fees (without regard to whether the Taxes and Fees accrued or arose before, on or

after the Petition Date), including but not limited to all of those Taxes and Fees subsequently

determined, upon audit or otherwise, to be owed.

3.      All applicable banks and other financial institutions are hereby authorized to

receive, process, honor and pay any and all checks, drafts, wires, check transfer requests or

automated clearinghouse transfers evidencing amounts paid by the Debtors under this Order

whether presented prior to, on or after the Petition Date to the extent the Debtors have good

funds standing to their credit with banks or other financial institutions. Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order without any duty of further inquiry and without liability for following the Debtors' instructions.

4.    Nothing in this Order or any action taken by the Debtors in furtherance of the implementation hereof shall be deemed to constitute an assumption or rejection of any executory contract or unexpired lease pursuant to Bankruptcy Code section 365, and all of the Debtors' rights with respect to such matters are expressly reserved.

5.    Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall (a) create, nor is it intended to create, any rights in favor of, or enhance the status of any claim held by any person or entity or (b) be deemed to convert the priority of any claim from a prepetition claim into an administrative expense claim.

6.    Nothing in this Order shall be construed as prejudicing the rights of the Debtors to dispute or contest the amount of or basis for any claims against the Debtors in connection with or relating to the Taxes and Fees.

7.    Nothing in this Order nor the Debtors' payment of claims pursuant to this Order shall be construed as (a) an agreement or admission by the Debtors as to the validity or priority of any claim on any grounds, (b) a waiver or impairment of any of the Debtors' rights to dispute any claims on any grounds, (c) a promise by the Debtors to pay any claim, or (d) an implication or admission by the Debtors that such claim is payable pursuant to this Order.

8.    Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

9.      The contents of the Motion and the notice procedures set forth therein are good and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and no other or further notice of the Motion or the entry of this Order shall be required.

10.     The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

11.     This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: New York, New York
_____, 2020


_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit C</u>**

**Governmental Authorities List**

| Governmental Authority | Address |
|---|---|
| ABERDEEN REGIONAL AIRPORT | 123 S. LINCOLN ST.<br>ABERDEEN, SD 57401<br>United States |
| AERIS HOLDING COSTA RICA SA | 600 NOROESTE AEROPOPUERO INTERNACIONAL JUAN SANTA MARIA<br>ALAJUELA<br>ALAJUELA, SAN JOSE<br>Costa Rica |
| AEROPORTS DE MONTREAL | 800 LEIGH CAPREOL PLACE SUITE 1000<br>DORVAL, QUEBEC H4Y 0A5<br>Canada |
| AEROPUERTO INTERNACIONAL DE TOCUMEN SA | CARRETERA INTERAMERICANA EDIFICIO AEROPUERTO INTERNACIONAL DE TOCUMEN TERMINAL AEREA Y DE PASAJEROS PANAMA, PANAMA<br>Panama |
| AEROPUERTOS DOMINICANOS SIGLO XXI SA | AEROPUERTO INTERNACIONAL LAS AMERICAS SANTO DOMINGO<br>SANTO DOMINGO, SANTO DOMINGO 10204<br>Dominican Republic |
| AEROSTAR AIRPORT HOLDINGS LLC | PO BOX 38085<br>SAN JUAN, PR 00937 1085<br>United States |
| AFIP | CAPITAL FEDERAL<br>CAPITAL FEDERAL<br>BUENOS AIRES, ARGENTINA<br>Argentina |
| AFP CONFIA | ALAMEDA DOCTOR MANUEL ENRRIQUE ARAUJO N° 3530<br>ESCALON<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |
| AFP CRECER | ALEMEDA DOCTOR MANUEL ENRRIQUE ARAUJO N° 1100<br>ESCALON<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |

| Governmental Authority | Address |
|---|---|
| AGENCIA NACIONAL DE AVIACAO CIVIL | SETOR COMERCIAL SUL QUADRA 09 LOTE C ED PARQUE CIDADE CORPORATE TORRE A BRASILIA, BRASILIA Brazil |
| AGENCIA NACIONAL DE TELECOMUNIC ANATEL | RUA VERGUEIRO 3073 SAO PAULO, SAO PAULO 4101300 Brazil |
| AGENCIA TRIBUTARIA | 23 CALLE ALCALA 28200 MADRID ESPAÑA MADRID, ESPAÑA Spain |
| AIRPORT AUTHORITY OF THE CITY OF OMAHA | 4501 ABBOTT DR SUITE 2300 OMAHA, NE 68110 United States |
| AIRPORT AUTHORITY OF WASHUE COUNTY | P.O. BOX 12490 RENO, NV 89510 United States |
| AKRON-CANTON REGIONAL AIRPORT | 5400 LAUBY ROAD NW NORTH CANTON, OH 44720 United States |
| ALBANY COUNTY AIRPORT | ARFF BLDG., 2ND FLOOR ALBANY, NY 12211 United States |
| ALBERT J ELLIS JACKSONVILLE AIRPORT | 264 ELLIS AIRPORT RD RICHLANDS, NC 28574 United States |
| ALBERT URESTI MPA PCC | PO BOX 2903 SAN ANTONIO, TX 78299 2903 United States |
| ALBUQUERQUE INT L SUNPORT | P.O. BOX 9948 ALBUQUERQUE, NM 87119-1048 United States |
| ALBUQUERQUE INTERNATIONAL AIRPORT | P BOX 9948 ALBUQUERQUE, NM United States |
| ALCALDIA DE MANAGUA | MANAGUA MANAGUA, NICARAGUA Nicaragua |

2

| Governmental Authority | Address |
|---|---|
| ALCALDIA MAYOR DE BOGOTA | CARRERA 8 NO 10 65<br>BOGOTA DC<br>BOGOTA, COLOMBIA<br>Colombia |
| ALCALDIA MUNICIPIO LIBERTADOR DEL DISTRITO CAPITA | AV NORTE SUR 4 CRUCE CON AV LECUNA ENTRE ESQ REDUCTO Y GLORIETA EDIF GLORIETA PISO 1 PARROQUIA SANTA TERESA LIBERTADOR, CARACAS 1010<br>Venezuela |
| ALDINE INDEPENDENT SCHOOL DESTRICT | P.O. BOX 203989<br>HOUSTON, TX 77216-3989<br>United States |
| ALDINE INDEPENDENT SCHOOL DISTRICT | 14910 ALDINE WESTFIELD ROAD<br>HOUSTON, TEXAS 77032<br>United States |
| ALEXANDRIA INTERNATIONAL AIRPORT | 1611 ARNOLD DRIVE<br>ALEXANDRIA, LA 71303<br>United States |
| ALLEGHENY COUNTY AIRPORT AUTHORITY | 1000 AIRPORT BOULEVARD, SUITE 4000<br>PITTSBURGH, PA 15231-0370<br>United States |
| ALPENA COUNTY REGIONAL AIRPORT | 1617 AIRPORT RD<br>ALPENA, MI 49707<br>United States |
| ANCHORAGE INTERNATIONAL AIRPORT TED STEVENS | P.O. BOX 196960<br>ANCHORAGE, AK 99519-6960<br>United States |
| ANN HARRIS BENNETT | PO BOX 4622<br>HOUSTON, TX 77210 4622<br>United States |
| APD TAX | ALEXANDER HAOUSE<br>LONDON, UK<br>U.K. |
| ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC | TWO PIERCE PIACE<br>ITASCA, IL 60143<br>United States |
| ASHEVILLE REGIONAL AIRPORT | 708 AIRPORT ROAD<br>FLETCHER, NC 28732<br>United States |

| Governmental Authority | Address |
|---|---|
| ASOCIACION DE LINEAS AEREAS | CENTRO FINANCIERO INVERCASA TORRE III PRIMER PISO MANAGUA, MANAGUA Nicaragua |
| ASPEN PITKIN COUNTY | 233 E. AIRPORT RD SUITE A ASPEN, CO 81611 United States |
| AUSTIN STRAUBEL INT L AIRPORT | 2077 AIRPORT DRIVE GREENBAY, WI 54313-5596 United States |
| AVIATION INDUSTRY CONSULTANTS LLC | 1313 PONCE DE LEON BLVD STE 201 CORAL GABLES, FL 33134 United States |
| AYUNTAMIENTO DE MADRID | SACRAMENTO 1 MADRID, MADRID Spain |
| BAC SAN JOSE TRIBUTACION DIRECTA | 150 CEMENTERIO OBRERO SAN JOSE SAN JOSE, SAN JOSE Costa Rica |
| BALTIMORE WASHINGTON INTERNATIONAL | PO BOX 46129 BALTIMORE, MD 21240 6129 United States |
| BANCO DE COSTA RICA | 175 ESTE PARQUE CENTRAL CENTRO SAN JOSE, SAN JOSE Costa Rica |
| BANCO DE LA NACION ARGENTINA ANAC | CAPITAL FEDERAL BUENOS AIRES BUENOS AIRES, SAN JOSE Argentina |
| BARKLEY REGIONAL AIRPORT | PO BOX 1131 PADUCAH, KY 42002 1131 United States |
| BATON ROUGE AIRPORT | 9430 JACKIE COLHRAN DR. SUITE 212 TERMINAL BLDG. BATON ROUGE, LA 70807 United States |
| BAY COUNTY INTERNATIONAL AIRPORT | 6300 WEST BAY PARKWAY PANAMA CITY BEACH, FL 32409 United States |

| Governmental Authority | Address |
|---|---|
| BBVA BANCOMER SA INSTITUCION DE BANCA MULTIPLE GRUPO FINANCIERO BBVA BANCOMER | AV PASEO DE LA REFORMA 510 JUAREZ MEXICO, CDMX 6600 Mexico |
| BELASTINGDIENST | POSTBUS 222 HOOFDDORP, HOOFDDORP 2130 AE The Netherlands |
| BELLINGHAM INTERNATIONAL AIRPORT | P.O. BOX 1677 BELLINGHAM, WA 98227-1677 United States |
| BILLINGS LOGAN INTERNATIONAL AIRPORT | 1901 TERMINAL CR BILLINGS, MT 59105 United States |
| BIRMINGHAM INT L AIRPORT | 5900 AIRPORT HWY BIRMINGHAM, AL 35212 United States |
| BISHOP INTERNATIONAL AIRPORT | G3425 WEST BRISTOL ROAD FLINT, MI 48507 United States |
| BLUE GRASS AIRPORT | 4000 TERMINAL DRIVE SUITE 206 LEXINGTON, KY 40510 United States |
| BOISE AIR TERMINAL | 3201 AIRPORT WAY BOISE, ID 83705 United States |
| BRADLEY INT L AIRPORT | P.O. BOX 317546 NEWINGTON, CT 06131-7546 United States |
| BRALSER SA | PLAZA INDEPENDENCIA 831 APTO 905 MONTEVIDEO, MONTEVIDEO Uruguay |
| BRASILMEX | WILMINGTON TRUST 1100 NORTH MARKET STREET WILMINGTON, DE 19890 United States |
| BROWNSVILLE SOUTH PADRE | 700 AMELIA EARHART DR BROWNSVILLE, TX 78521 United States |
| BURBANK GLENDALE PASADENA AIRPORT | 2627 HOLLYWOOD WAY BURBANK, CA 91595 United States |

| Governmental Authority | Address |
|---|---|
| BURLINGTON INTERNATIONAL AIRPORT BTV | 1200 AIRPORT DRIVE BOX 1 SOUTH BURLINGTON, VT 5403 United States |
| BUSH FIELD AIRPORT | 1501 AVIATION WAY AUGUSTA, GA 30906 United States |
| CAJA COSTARRICENSE DE SEGURIDAD SOCIAL | 125 AL ESTE DEL TEATRO NACIONAL CENTRO SAN JOSE, SAN JOSE Costa Rica |
| CAJA DE SEGURO SOCIAL DEPTO DE FINANZAS | EDIFICIO CENTURY TOWER P17 O1721 PANAMA, PANAMA Panama |
| CAMARA DE COMERCIO DE LA REPUBLICA DE CUBA | 21 NUM 661 ESQ A LA HABANA, LA HABANA Cuba |
| CANADA BORDER SERVICES AGENCY | 55 BAY ST NORTH 6TH FLOOR HAMILTON, ONTARIO L8R3P7 Canada |
| CAPITAL REGION AIRPORT AUTHORITY | 4100 CAPITAL CITY BLVD LANSING, MI 48906 United States |
| CAPITAL REGION AIRPORT COMMISSION | 1 RICHARD E BYRD TERMINAL DRIVE RICHMOND, VA 23250 2400 United States |
| CENTRAL WISCONSIN AIRPORT | 200 CWA DR SUITE 201 MOSINEE, WI 54455 United States |
| CHARLES M SCHULZ SONOMA COUNTY AIRPORT ATTN PFC COLLECTION | 2290 AIRPORT BLVD SANTA ROSA, CA 95403 United States |
| CHARLESTON INTERNATIONAL AIRPORT | 5500 INTERNATIONAL BLVD 101 CHARLESTON, SC 29418-6911 United States |
| CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT | AVIATION DIRECTORS OFFICE PO BOX 19066 CHARLOTTE, NC 28219 United States |
| CHARLOTTESVILLE ALBEMARLE AIRPORT AUTHORITY | 100 BOWEN LOOP SUITE 200 CHARLOTTESVILLE, VA 22911 United States |

| Governmental Authority | Address |
| --- | --- |
| CHATTANOOGA METRO AIRPORT | 1001 AIRPORT ROAD, SUITE 14<br>CHATTANOGA, TN 37421<br>United States |
| CHAUTAUQUA COUNTY/JAMESTOWN | 3163 AIRPORT DR<br>JAMESTOWN, NY 14701<br>United States |
| CHERRY CAPITAL AIRPORT | 727 FLY DONT DRIVE<br>TRAVERSE CITY, MI 49686<br>United States |
| CINCINNATI NORTHERN KENTUCKY | KENTON COUNTY AIRPORT BOARD<br>PO BOX 752000<br>CINCINNATI, OH 45275 2000<br>United States |
| CITY AND COUNTY OF DENVER | 201 W COLFAX AVENUE<br>DENVER, CO 80228<br>United States |
| CITY OF AMARILLO | PO BOX 1971<br>AMARILLO, TX 79105<br>United States |
| CITY OF ATLANTA | P.O. BOX 920500<br>ATLANTA, GA 30392-0500<br>United States |
| CITY OF AUSTIN | 3600 PRESIDENTAL BLVD.<br>AUSTIN, TX 78719<br>United States |
| CITY OF BANGOR | 73 HARLOW STREET<br>BANGOR, ME 4401<br>United States |
| CITY OF CHICAGO | 121 N LA SALLE STREET ROOM 700<br>CHICAGO, IL 60602<br>United States |
| CITY OF CHICAGO MIDWAY | 333 S. STATE ST., SUITE 420<br>CHICAGO, IL 60604<br>United States |
| CITY OF CHICAGO O HARE | 333 S STATE ST<br>CHICAGO, IL 60604<br>United States |
| CITY OF CHICO | PO BOX 3420<br>CHICO, CA 95927 3420<br>United States |

| Governmental Authority | Address |
|---|---|
| CITY OF CORPUS CHRISTI INTERNATIONAL AIRPORT | 1000 INTERNATIONAL DRIVE<br>CORPUS CHRISTI, TX 78406<br>United States |
| CITY OF DES MOINES | 400 EAST FIRST ST.<br>DES MOINES, IA 50309<br>United States |
| CITY OF FARMINGTON | 800 MUNICIPAL DRIVE<br>FARMINGTON, NM 87401<br>United States |
| CITY OF FRESNO AIRPORTS | 4995 EAST CLINTON WAY<br>FRESNO, CA 93727<br>United States |
| CITY OF IDAHO FALLS IDAHO | 308 CONSTITUTION WAY<br>IDAHO FALLS, ID 83405<br>United States |
| CITY OF KANSAS CITY | P.O. BOX 844124<br>KANSAS CITY, MO 64184-4124<br>United States |
| CITY OF KILLEEN | 101 NORTH COLLAGE STREET<br>KILLEN, TX 76540<br>United States |
| CITY OF LONG BEACH | 333 W OCEAN BLDV<br>LONG BEACH, CA 90802<br>United States |
| CITY OF LOS ANGELES | PFC FILE 54078<br>LOS ANGELES, CA 90054-0078<br>United States |
| CITY OF LUBBOCK TEXAS | 1625 13TH STREET<br>LUBBOCK, TX 79401<br>United States |
| CITY OF MCALLEN | PO BOX 220<br>MCALLEN, TX 78505 0220<br>United States |
| CITY OF MIDLAND MIDLAND INTERNATIONAL AIR & SPACE SPORT | 9506 LA FORCE BLVD<br>MIDLAND, TX 79711<br>United States |
| CITY OF MINOT | PO BOX 5006<br>MINOT, ND 58702 5006<br>United States |
| CITY OF MISSISSAUGA | 300 CITY CENTRE DRIVE<br>MISSISSAUGA, ON L5B3C1<br>Canada |

| Governmental Authority | Address |
|---|---|
| CITY OF PHILADELPHIA | TERMINAL DE 3 RD FLOOR<br>PHILADELPHIA, PA 19153<br>United States |
| CITY OF PHOENIX | PO BOX 78975<br>PHOENIX, AZ 850628975<br>United States |
| CITY OF RAPID CITY | 300 SIXTH ST<br>RAPID CITY, SD 57701<br>United States |
| CITY OF RICHMOND | 6911 NO 3 ROAD<br>RICHMOND, BRITISH COLUMBIA<br>V6Y2C1<br>Canada |
| CITY OF SAN ANTONIO | 9800 AIRPORT BLVD.<br>SAN ANTONIO, TX 78216-9990<br>United States |
| CITY OF SAN JOSE | 1701 AIRPORT BOULEVARD SUITE B<br>1130<br>SAN JOSE, CA 95110<br>United States |
| CITY OF SAN JOSE FINANCE | BUSINESS TAX & REG PERMIT DEPT<br>34370 PO BOX 39000<br>SAN FRANCISCO, CA 94139 0001<br>United States |
| CITY OF SHREVEPORT | 5103 HOLLYWOOD AVENUE SUITE<br>300<br>SHREVEPORT, LA 71109<br>United States |
| CITY OF SIOUX CITY | 405 6TH STREET PO BOX 447<br>SIOUX CITY, IA 51101<br>United States |
| CITY OF SPRINGFIELD MISSOURI | 2300 N AIRPORT BLVD STE100<br>SPRINGFIELD, MO 65802<br>United States |
| CITY OF YAKIMA | 129 N 2ND STREET<br>YAKIMA, WA 98901<br>United States |
| COASTAL CAROLINA REGIONAL | 200 TERMINAL DRIVE<br>NEW BERN, NC 28562 6455<br>United States |

| Governmental Authority | Address |
|---|---|
| COLORADO SPRINGS AIRPORT | 7770 DRENNAN ROAD<br>COLORADO SPRINGS, CO 80916<br>United States |
| COLUMBUS REGIONAL AIRPPORT AUTHORITY ACCOUNT RECEIVABLE | P.O. BOX 360476<br>COLUMBUS, OH 43236<br>United States |
| COMISION EJECUTIVA PORTUARIA AUTONOMA | BOULEVARD DE LOS HEROES EDIF TORRE ROBLE METROCENTRO<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |
| COMMISSIONER OF TAXATION AND FINACE | P.O. BOX 1833<br>ALBANY, NY 12201-1833<br>United States |
| CONSEJO TECNICO DE AVIACION CIVIL | SAN JOSE LA URUCA CONTIGUO A LA DIRECCION GENERAL DE MIGRACION Y ENTRANJERIA<br>SAN JOSE, SAN JOSE<br>Costa Rica |
| COOK COUNTY TREASURER | PO BOX 805438<br>CHICAGO, IL 60680 4116<br>United States |
| CORTEZ MUNICIPAL AIRPORT | 123 ROGER SMITH AVE<br>CORTEZ, CO 81321<br>United States |
| COUNTY OF HUMBOLDT | 825 5TH STREET<br>EUREKA, CA 95501<br>United States |
| COUNTY OF SACRAMENTO | PO BOX 508<br>SACRAMENTO, CA 95812 0508<br>United States |
| COUNTY OF VOLUSIA | 123 W INDIANA AVENUE<br>DELAND, FL 32720 4615<br>United States |
| CT CORPORATION SYSTEM | 111 8TH AVENUE<br>NEW YORK, NY 10011<br>United States |

| Governmental Authority | Address |
|---|---|
| CUERPO ESPECIALIZADO DE SEGURIDAD AEROPORTUARIA | CALLE ING ZOILO HERMOGENES GARCIA ANTIGUA PROLONGACION RUTA 66<br>SANTO DOMINGO, SANTO DOMINGO 15801<br>Dominican Republic |
| DADE COUNTY AVIATION DEPT | P.O. BOX 592616<br>MIAMI, FL 33159<br>United States |
| DALLAS LOVE FIELD AIRPORT | 8008 CEDAR SPRINGS ROAD, LOCK BOX 16<br>DALLAS, TX 75235<br>United States |
| DANE COUNTY AIRPORT | 4000 INTERNATIONAL LANE<br>MADISON, WI 53704<br>United States |
| DAYTON BEACH INTERNATIONAL AIRPORT | DEPARTMENT OF AVIATION 360 TERMINAL DRIVE SUITE 300 VANDALIA<br>OH, OH 45377<br>United States |
| DECATUR AIRPORT | 910 AIRPORT ROAD<br>DECATUR, IL 62521<br>United States |
| DEL RIO INTL | 1104 WEST 10TH STREET<br>DEL RIO, TX 78840<br>United States |
| DEPARTAMENTO DE POLICIA FEDERAL | RUA RICARDO CAVENIDAATTON 375 LAPA DE BAIXO<br>SAO PAULO, SAO PAULO 5035110<br>Brazil |
| DEPARTMENT OF AVIATION | DAYTON INTL. AIRPORT<br>VANDALIA, OH 45377<br>United States |
| DEPARTMENT OF HOMELAND SECURITY | P. O. BOX 93963<br>CHICAGO, IL 60673-3963<br>United States |
| DEPARTMENT OF HOMELAND SECURITY BOREAU OF CUSTOMS AND BORDER PROTECTION | US CBP FP&F OFFICE JFK INTL AIRPORT BLDG 77 200<br>JAMAICA, NY 11430-0000<br>United States |

11

| Governmental Authority | Address |
|---|---|
| DEPARTMENT OF THE TREASURY | 324 25 STREET<br>OGDEN, UT 84401-0058<br>United States |
| DFW INTERNATIONAL AIRPORT | P.O. DRAWER 619428<br>DFW AIRPORT, TX 75261-9428<br>United States |
| DGAC DIRECTION GENERALE DE L'AVIATION CIV | 50 RUE HENRY FARMAN<br>PARIS, PARIS 75015<br>France |
| DIAN IMPUESTOS | CARRERA 6 NO 15 32<br>BOGOTA, COLOMBIA<br>Colombia |
| DIRECCION GENERAL DE AERONAUTICA CIVIL | MIGUEL CLARO 1314<br>PROVIDENCIA<br>SANTIAGO, SANTIAGO 7500000<br>Chile |
| DIRECCION GENERAL DE AERONAUTICA CIVIL | AEROPUERTO LA AURORA<br>SAN JOSE<br>ZONA 13<br>GUATEMALA, GUATEMALA<br>Guatemala |
| DIRECCION GENERAL DE AVIACION CIVIL DE LA REPUBLICA DE ECUADOR | BUENOS AIRES 149 Y 10 DE AGOSTO<br>CASILLA NO17012077<br>BUENOS AIRES 149 Y 10 DE AGOSTO<br>CASILLA NO17012077<br>QUITO, QUITO<br>Ecuador |
| DIRECCION GENERAL DE GANADERIA | AUTOPISTA 30 DE MAYO CIUDAD GANADERA<br>SANTO DOMINGO, DISTRITO NACIONAL 11801<br>Dominican Republic |
| DIRECCION GENERAL DE IMPUESTOS INTERNOS | AV MEXICO 48 GAZCUE<br>SANTO DOMINGO, SANTO DOMINGO 10204<br>Dominican Republic |
| DIRECCION GENERAL DE INGRESOS | MANAGUA<br>MANAGUA, NICARAGUA<br>Nicaragua |

12

| Governmental Authority | Address |
|---|---|
| DIRECCION GENERAL DE MIGRACION | 30 DE MAYO ESQUINA HEROES DE LUPERON<br>DISTRITO NACIONAL, SANTO DOMINGO<br>Dominican Republic |
| DIRECCION NACIONAL DE AVIACION CIVIL E INFRAESTRUCTURA AERONAUTICA | AV WFERREIRA ALDUNATE 5519 ALDUNATE<br>CANELONES, URUGUAY 12100<br>Uruguay |
| DIRECCION NACIONAL DE MIGRACIONES | CAPITAL FEDERAL<br>BUENOS AIRES<br>BUENOS AIRES, ARGENTINA<br>Argentina |
| DOTHAN HOUSTON COUNTY AIRPORT AUTHORITY | 800 AIRPORT DRIVE SUITE 15<br>DOTHAN, AL 36303<br>United States |
| DULUTH INTERNATIONAL AIRPORT | 4701 GRIDEN DRIVE<br>DULUTH, MN 55811<br>United States |
| EAGLE COUNTY AIRPORT | AIRPORT MANAGER BOX 850<br>EAGLE, CO 81631<br>United States |
| EL PASO INT L AIRPORT | 6701 CONVAIR RD.<br>EL PASO, TX 79925<br>United States |
| ELKO REGIONAL AIRPORT | 975 TERMINAL WAY<br>ELKO, NV 89801<br>United States |
| EMPRESA ADMINISTRADORA DE AEROPUERTOS INTERNACIONALES | KILOMETRO 11 CARRETERA NORTE MANAGUA, NICARAGUA<br>Nicaragua |
| EMPRESA PUBLICA METROPOLITANA DE SERVICIOS AEROPORTUARIOS | AEROPUERTO INTERNACIONAL MARISCAL SUCRE<br>QUITO, QUITO<br>Ecuador |
| ERIE MUNICIPAL AIRPORT | 4411 WEST 12 STREET<br>ERIE, PA 16505<br>United States |
| ESTADO MINISTERIO DE HACIENDA | AVENIDA 2 CALLE 1 Y 3 DIAGONAL AL TEATRO NACIONAL<br>SAN JOSE, SAN JOSE<br>Costa Rica |

13

| Governmental Authority | Address |
|---|---|
| EUGENE AIRPORT | 28855 LOCKHEED DR.<br>EUGENE, OR 97402<br>United States |
| FAIRBANKS INTERNATIONAL AIRPORT | 6450 AIRPORT WAY SUITE 1<br>FAIRBANKS, AK 99709<br>United States |
| FAYETTEVILLE REGIONAL AIRPORT | 400 AIRPORT ROAD SUITE 1<br>FAYETTEVILLE, NC 28306<br>United States |
| FDOS DE ACTVS ESPS DEL MIN JUST Y SEG PUB DGM Y E | 17 AVENIDA NORTE Y ALAMEDA JUAN PABLO II CENTRO DE GOBIERNO<br>NA<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |
| FGTS CAIXA ECONOMICA FEDERAL | RUA DA CONSOLAZAO 293<br>SAO PAULO, SAO PAULO 1301000<br>Brazil |
| FIDEICOMISO MERCANTIL FONDO DE PROMOCION TURISTICA DEL ECUADOR | AV. DE LOS SHYRIS N37-313 Y EL TELEGRAFO<br>QUITO, QUITO<br>Ecuador |
| FIDEICOMISO MERCANTIL QUIPORT ONSHORE TRUST | AV 12 DE OCTUBRE N26-97<br>QUITO, QUITO<br>Ecuador |
| FLAGSTAFF PULLIAM | 6200 S PULLIAM DR 204<br>FLAGSTAFF, AZ 86005<br>United States |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W. TENNESSEE ST<br>TALLAHASSEE, FL 32399-0100<br>United States |
| FONDO PROMOCION TURISTICA COLOMBIA | CARRERA 13 NO 28 01 PISO 8<br>BOGOTA DC<br>BOGOTA, COLOMBIA<br>Colombia |
| FORT LAUDERDALE INT L AIRPORT | 320 TERMINAL DRIVE<br>FORT LAUDERDALE, FL 33315<br>United States |
| FORT SMITH REGIONAL AIRPORT | 6700 MCKENNON BLVD SUITE 200<br>FORT SMITH, AR 72903<br>United States |

| Governmental Authority | Address |
|---|---|
| FORT WAYNE ALLEN CITY | SUITE 209<br>FORT WAYNE, IN 46809-3194<br>United States |
| FRANCHISE TAX BOARD | P.O. BOX 942857<br>SACRAMENTO, CA 94257<br>United States |
| FRIEDMAN MEMORIAL AIRPORT | 1616 AIRPORT CIR<br>HAILEY, ID 83333 5534<br>United States |
| G4S DOCUMENTA SOCIEDAD ANONIMA | AVENIDA PETAPA 42 51 ZONA 12<br>GUATEMALA, GUATEMALA 1012<br>Guatemala |
| GAINESVILLE REGIONAL AIRPORT ADMIN | 3880 N.E. 39TH AVENUE, SUITE A<br>GAINESVILLE, FL 32609<br>United States |
| GALLATIN AIRPORT AUTHORITY | 850 GALLATIN FIELD ROAD<br>BELGRADE, MT 59714<br>United States |
| GECINA SA | 16 RUE DES CAPUCINES<br>PARIS, PARIS 75084<br>France |
| GEORGE BUSH INTERCONTINENTAL AIRPORT | P.O. BOX 60106<br>HOUSTON, TX 77205-0106<br>United States |
| GERALD R FORD INTERNATIONAL AIRPORT | 5500 4TH STREET S.E.<br>GRAND RAPIDS, MI 49512<br>United States |
| GILLETTE-CAMPBELL COUNTY AIRPORT | 2000 AIRPORT ROAD SUITE 108<br>GILLETTE, WY 82716<br>United States |
| GOB EDO CHIH SECRETARIA DE HACIENDA | VICTORIA 310<br>CENTRO<br>CHIHUAHUA, CHIHUAHUA 31000<br>Mexico |
| GOBIERNO DE LA CIUDAD DE MEXICO | PLAZA DE LA CONSTITUCION SN<br>CENTRO AREA 1<br>MEXICO, CDMX 6000<br>Mexico |
| GOBIERNO DEL EDO LIBRE Y SOBERANO DE QUINTANA ROO | DOMICILIO CONOCIDO<br>QUINTANA ROO<br>CANCUN, QUINTANA ROO 99999<br>Mexico |

15

| Governmental Authority | Address |
|---|---|
| GOBIERNO DEL ESTADO DE BAJA CALIFORNIA | VIA RAPIDA ORIENTE NO 1 ZONA DEL RIO TIJUANA, BAJA CALIFORNIA 22010 Mexico |
| GOBIERNO DEL ESTADO DE CAMPECHE | CALLE JUAREZ MZ 40 FRACC JUSTO SIERRA CAMPECHE, CAMPECHE 24166 Mexico |
| GOBIERNO DEL ESTADO DE COAHUILA DE ZARAGOZA | 1ER PISO JUAREZ Y ZARAGOZA SN ZONA CENTRO SALTILLO, COAHUILA DE ZARAGOZA 25000 Mexico |
| GOBIERNO DEL ESTADO DE COLIMA | 3ER ANILLO PERIFERICO ESQ EJERCITO MEXICANO SN EL DIEZMO COLIMA, COLIMA 28010 Mexico |
| GOBIERNO DEL ESTADO DE DURANGO | BLVD FELIPE PESCADOR 800 PONIENTE DURANGO CENTRO DURANGO, DURANGO 34000 Mexico |
| GOBIERNO DEL ESTADO DE MEXICO | AV LERDO PONIENTE 300 CENTRO TOLUCA, MEXICO 50000 Mexico |
| GOBIERNO DEL ESTADO DE MICHOACAN DE OCAMPO | JOSE MARIA ARTEAGA 94 CENTRO ERONGARICUARO, MICHOACAN DE OCAMPO 61630 Mexico |
| GOBIERNO DEL ESTADO DE OAXACA | CARRETERA OAXACA ISTMO KM 11.5 SN OAXACA, OAXACA 68270 Mexico |
| GOBIERNO DEL ESTADO DE PUEBLA | 11 ORIENTE 2224 AZCARATE PUEBLA, PUEBLA 34000 Mexico |

| Governmental Authority | Address |
|---|---|
| GOBIERNO DEL ESTADO DE SONORA | DOCTOR PALIZA Y COMONFORT SN CENTENARIO HERMOSILLO, SONORA 83260 Mexico |
| GOBIERNO DEL ESTADO DE TABASCO | PASEO DE LA SIERRA 435 REFORMA VILLAHERMOSA, TABASCO 86080 Mexico |
| GOBIERNO DEL ESTADO DE VERACRUZ DE IGNACION DE LA LLAVE | AV ENRIQUEZ SN CENTRO BOCA DEL RIO, VERACRUZ DE IGNACIO DE LA LLAVE 99999 Mexico |
| GOBIERNO DEL ESTADO DE ZACATECAS | BLVD DE LOS HEROES DE CHAPULTEPEC 1902 CD GOBIERNO ZACATECAS, ZACATECAS 98160 Mexico |
| GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO | AV 22 DE ENERO NO001 CENTRO CHETUMAL, QUINTANA ROO 77000 Mexico |
| GOLDEN TRIANGLE REGIONAL | 2080 AIRPORT ROAD COLUMBOS, MS 39701 United States |
| GRAND JUNCTION REGIONAL AIRPORT AUTHORITY | 800 EAGLE DRIVE GRAND JUNCTION, CO 81506 United States |
| GREAT FALLS INT L AIRPORT | 2800 TERMINAL DRIVE GREAT FALLS, MT 59404 United States |
| GREATER ORLANDO AVIATION AUTHORITY | ONE JEFF FUQUA BOULEVARD ORLANDO, FL 32827 4399 United States |
| GREATER TORONTO AIRPORT AUTHORITY | LESTER B PEARSON INTERNATIONAL AIRPORT PO BOX 6031 TORONTO AMF, ONTARIO L5P 1B2 TORONTO, ON L5P 1B2 Canada |

17

| Governmental Authority | Address |
|---|---|
| GULFPORT BILOXI INTERNATIONAL AIRPORT | 14035 - L AIRPORT ROAD<br>GULFPORT, MS 39503<br>United States |
| GUNNISON-CRESTED BUTTE RGNL | 519 RIO GRANDE<br>GUNNISON, CO 81230<br>United States |
| HATTIESBURG/LAUREL REGIONAL | 1002 TERMINAL DRIVE<br>MOSELLE, MS 39459<br>United States |
| HELENA REGIONAL AIRPORT AUTHORITY | 2850 MERCER LOOP<br>HELENA, MT 59602<br>United States |
| HELIUM | 4 RUE LEON PATOUX<br>REIMS, CEDEX 2 51686<br>France |
| HILLSBOROUGH COUNTY AVIATION AUTH | P.O. BOX 22287<br>TAMPA, FL 33622<br>United States |
| HILTON HEAD ISLAND AIRPORT | 120 BEACH CITY ROAD<br>HILTON HEAD ISLAND, SC 29926<br>United States |
| HM REVENUE AND CUSTOMS UK TAX | ALEXANDER HOUSE 21 VICTORIA AVENUE<br>LONDRES, LONDRES TW61JH<br>U.K. |
| HOME OFFICE | HOME OFFICE SHARED SERVICE CENTRE<br>NEWPORT, HO 5003 NP209BB<br>U.K. |
| HONOLULU INTERNATIONAL AIRPORT | 400 RODGERS BOULEVARD, ?74<br>HONOLULU, HI 96819-1897<br>United States |
| HUNTSVILLE MADISON COUNTY AIRPORT AUTHORITY | 1000 GLENN HEARN BOULEVARD BOX 20008<br>HUNTSVILLE, AL 35824<br>United States |
| INATUR IMPTO AL TURISMO | AVENIDA FRANCISCO DE MIRANDA COMPLEJO MINTUR TORRE SUR PISO 2<br>ALTAMIRA<br>CARACAS, CARACAS<br>Venezuela |

| Governmental Authority | Address |
|---|---|
| INCHEON INTERNATIONAL AIRPORT CORPORATION | 47 GONGHANG RO 424 BEON GIL JUNG GU, INCHEON 22382 South Korea |
| INDIANAPOLIS INT L AIRPORT | 7800 COL. H. WEIR COOK MEMORIAL DRIVE, SUITE 100 INDIANAPOLIS, IN 46241-4941 United States |
| INSTITUTO COSTARRICENSE DE TURISMO ICT | 300 SUR DE POZUELO LA URUCA SAN JOSE, SAN JOSE Costa Rica |
| INSTITUTO DEL FONDO NACIONAL DE LA VIVIENDA PARA LOS TRABAJADORES | BARRANCA DEL MUERTO 280 GUADALUPE INN MEXICO, CDMX 1020 Mexico |
| INSTITUTO DOMINICANO DE AVIACION CIVIL | AV 30 DE MARZO ESQ MEXICO SANTO DOMINGO, SANTO DOMINGO Dominican Republic |
| INSTITUTO ECUATORIANO DE SEGURIDAD SOCIAL | AV 10 DE AGOSTO S/N Y BOGOTA QUITO, QUITO Ecuador |
| INSTITUTO GUATEMALTECO DE SEGURIDAD S | 7 AVENIDA 2272 ZONA 1 CENTRO CIVICO ZONA 1 GUATEMALA, GUATEMALA 10 Guatemala |
| INSTITUTO HONDUREÑO DE SEGURIDAD SOCIAL | CALLE PRINCIPAL FESITRAN SAN PEDRO SULA, SAN PEDRO SULA 355 Honduras |
| INSTITUTO MEXICANO DEL SEGURO SOCIAL | REFORMA 476 JUAREZ MEXICO, CDMX 11930 Mexico |
| INSTITUTO NACIONAL DE CAPACITACION Y EDUCACION SOCIALISTA | AV NUEVA GRANADA EDIFICIO ANEXO CALLE LEONICIO MARTINEZ ZONA 1 CARACAS, CARACAS Venezuela |

| Governmental Authority | Address |
|---|---|
| INSTITUTO NACIONAL DE FORMACION TECNICO PROFESIONAL | PASE DE LOS FERRETOS 3 ENSANCHE MIRAFLORES<br>DISTRITO NACIONAL, SANTO DOMINGO<br>Dominican Republic |
| INSTITUTO NACIONAL TEGNOLOGICO | CENTRO CIVICO FRENTE HOSPITAL BERTHA CALDERON<br>MANAGUA, NICARAGUA<br>Nicaragua |
| INSTITUTO NICARAGUENSE DE SEGURIDAD SOCIAL | EDIFICIO SERVIGOV<br>MANAGUA, NICARAGUA<br>Nicaragua |
| INSTITUTO NICARAGUENSE DE TURISMO | HOTEL CROWNE PLAZA 1 C AL SUR 1 C AL OESTE 9 CALLES AL SUROESTE<br>MANAGUA, MANAGUA<br>Nicaragua |
| INSTITUTO SALVADOREÑO DE SEG SOCIAL | ALAMEDA JUAN PABLO II Y 39 AVENIDA NORTE CONDOMINIO EL SALVADOR<br>ESCALON<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |
| INSTITUTO VENEZOLANO DE SEG SOCIAL | AV URANDETA SEDE DEL IVSS PH GRAN CARACAS<br>CARACAS, CARACAS<br>Venezuela |
| JACKSON HOLE AIRPORT | P.O. BOX 159<br>JACKSON, WY 83001<br>United States |
| JACKSON MUNICIPAL AIRPORT AUTHORITY | PO BOX 98109<br>JACKSON, MS 39298<br>United States |
| JACKSONVILLE AIRPORT AUTHORITY | P.O. BOX 18018<br>JACKSONVILLE, FL 32229-0018<br>United States |
| JOHN WAYNE AIRPORT | 3160 AIRWAY AVENUE<br>COSTA MESA, CA 92626<br>United States |
| JOSLIN FIELD MAGIC VALLEY RGNL | BOX 1907<br>TWIN FALLS, ID 83303<br>United States |

| Governmental Authority | Address |
|---|---|
| JUNEAU INTERNATIONAL AIRPORT ATTN AIRPORT MANAGER | 1873 SHELL SIMMONS DRIVE SUITE 200<br>JUNEAU, AK 99801<br>United States |
| KAHULUI AIRPORT | 1 KAJULUI AIRPORT ROAD, UNIT 5<br>KAJULUI, HI 96732-2327<br>United States |
| KALAMAZOO BATTLE CREEK INTL AIRPORT | 5235 PORTAGE RD.<br>KALAMAZOO, MI 49002<br>United States |
| KALISPELL GLACIER NATIONAL PARK AIRPORT | 4170 HWY 2 EAST<br>KALISPELL, MT 59901<br>United States |
| KEY WEST INTERNATIONAL AIRPORT | 3491 S ROOSEVELT BLVD<br>KEY WEST, FL 33040<br>United States |
| KONA INTL AIRPORT AT KEAHOLE | 73 200 KUPIPI ST KONA INTL AIRPORT AT KEAHOLE<br>KAILUA KONA, HI 967402645<br>United States |
| KOUJIMACHI TAX OFFICE | 1 1 15 KUDANMINAMI CHIYODA KU TOKYO<br>CHIYODA -KU, TOKYO<br>Japan |
| LAFAYETTEVILLE AIRPORT COMMISSION | 222 JET RANGER X DRIVE<br>LAFAYETTE, LA 70508<br>United States |
| LAKE CHARLES REGIONAL AIRPORT | PO DRAWER 5820<br>LAKE CHARLES, LA 70607 5820<br>United States |
| LAMBERT ST LOUIS INT L AIRPORT | P.O. BOX 10212<br>ST. LOUIS, MO 63145<br>United States |
| LAREDO INTERNATIONAL AIRPORT | 5210 BOB BULLLOCK LOOP<br>LAREDO, TX 78041<br>United States |
| LB HILLINGDON REVENUES & BENEFITS SERVICES | PO BOX 531<br>SALE, LONDRES M33 0FQ<br>U.K. |

| Governmental Authority | Address |
|---|---|
| LEE COUNTY PORT AUTHORITY | 11000 TERMINAL ACCESS ROAD SUITE 8671 FORT MYERS, FL 33913 United States |
| LEHIGH NORTHAMPTON AIRPORT AUTHORITY | 3311 AIRPORT ROAD ALLENTOWN, PA 18109 United States |
| LEWISTON NEZ PERCE REGIONAL COUNTY REGIONAL AIRPORT | 406 BURRELL AVENUE SUITE 301 LEWISTON, ID 83501 United States |
| LIHUE AIRPORT | 3901 MOKULELE LP BOX 6 LIHUE, HI 96766 United States |
| LOS ANGELES COUNTY TAX | PO BOX 54018 LOS ANGELES, CA 90054 0018 United States |
| LOS ANGELES COUNTY TAX COLLECTOR | P.O. BOX 54027 LOS ANGELES, CA 90054-0027 United States |
| LOUISVILLE REGIONAL AIRPORT AUTHORITY | 700 ADMINISTRATION DR PO BOX 9129 LOUISVILLE, KY 40209 United States |
| MANCHESTER BOSTON REGIONAL AIRPORT | ONE CITY HALL PLAZA MANCHESTER, NH 3101 United States |
| MASSACHUSETTS PORT AUTHORITY | P.O. BOX 19139A NEWARK, NJ 07195-0139 United States |
| MBS INTL AIRPORT COMMISSION | 8500 GARFIELD RD STE 101 FREELAND, MI 48623 United States |
| MCCARRAN INTERNATIONAL AIRPORT | CLARK COUNTY DEPT OF AVIATION PO BOX 11005 LAS VEGAS, NV 89111-1005 United States |
| MEDFORD JACKSON COUNTY AIRPORT | 1000 TERMINAL LOOP PKWY, STE 201 MEDFORD, OR 97504 United States |

| Governmental Authority | Address |
|---|---|
| MELBOURNE AIRPORT AUTHORITY ATTN PFC REMITTANCE | ONE AIR TERMINAL PARKAWAY SUITE 220 MELBOURNE, FL 32901-1888 United States |
| MEMPHIS INTL AIRPORT | 2491 WINCHESTER RD SUITE 113 MEMPHIS, TN 38116 3856 United States |
| METROPOLITAN AIRPORT AUTHORITY OF PEORIA | 6100 W EVERETT MCKYNLEY DIRKSEN PARKWAY PEORIA, IL 61607 United States |
| METROPOLITAN AIRPORT AUTHORITY OF ROCK ISLAND COUNTRY ILLINOIS | 2200 69TH AVENUE PO BOX 9009 MOLINE, IL 61265 United States |
| METROPOLITAN KNOXVILLE AIRPORT AUTHORITY INC | PO BOX 15600 KNOXVILLE, TN 37901 5600 United States |
| METROPOLITAN NASHVILLE AIRPORT AUTH | P.O. BOX 440316 NASHVILLE, TN 37244-0316 United States |
| METROPOLITAN WASHINGTON AIRPORT | P.O. BOX 402816 ATLANTA, GA 30353-2816 United States |
| MIKE SULLIVAN | P.O. BOX 4622 HOUSTON, TX 77210-4622 United States |
| MILWAUKEE COUNTY AIRPORT DIVISION | BOX 78979 MILWAUKEE, WI 53207 United States |
| MINISTER OF REVENUE OF QUEBEC | SECTEUR C65-3L 1265 BOULEVARD CHAREST QUEST QUEBEC, QUEBEC G1N 4V5 Canada |
| MINISTERIE VAN BINNENLANDSE ZAKEN EN KONINKRIJKSRELATIES | JADELAN AMSTERDAM, AMSTERDAM 2500EA The Netherlands |
| MINISTERIO COMERCIO INDUSTRIA Y TURISMO | CALLE 28 NO 13 A 15 PISO 18 BOGOTA DC BOGOTA, COLOMBIA Colombia |

23

| Governmental Authority | Address |
|---|---|
| MINISTERIO DA FAZENDA | RUA DA CONSOLAZAO 293<br>SAO PAULO, SAO PAULO 1301000<br>Brazil |
| MINISTERIO DA PREV E ASSISTENCIA SOCIAL | RUA DA CONSOLAZAO 293 CENTRO<br>SAO PAULO, SAO PAULO 1301000<br>Brazil |
| MINISTERIO DE ECONOMIA Y FINANZAS | AVENIDA BALBOA Y CALLE 41 ESTE<br>PH TORRE MUNDIAL<br>PANAMA, PANAMA 81602886<br>Panama |
| MINISTERIO DE HACIENDA | CALLE ALVARADO Y DIAGONAL<br>CENTROAMERICANA,EDIFICIO TRES<br>TORRES.SAN SALVADOR<br>ESCALON<br>EL SALVADOR, SAN SALVADOR 1101<br>El Salvador |
| MINISTERIO DE TURISMO | CAPITAL FEDERAL<br>BUENOS AIRES<br>BUENOS AIRES, ARGENTINA<br>Argentina |
| MINNEAPOLIS ST PAUL INTERNATIONAL | NW-9227<br>MINNEAPOLIS, MN 55485<br>United States |
| MISSOULA INT L | 52225 HIGHWAY 10 WEST<br>MISSOULA, MT 59802<br>United States |
| MOBILE AIRPORT AUTHORITY | 1891 9TH STREET<br>MOBILE, AL 36608<br>United States |
| MONTEREY PENINSULA AIRPORT DISTRICT | 200 FRED KANE DRIVE, SUITE 200<br>MONTEREY, CA 93940<br>United States |
| MONTGOMERY AIRPORT AUTHORITY | 4445 SELMA HIGHWAY<br>MONTGOMERY, AL 36108<br>United States |
| MONTROSE REGIONAL AIRPORT | 2100 AIRPORT ROAD<br>MONTROSE, CO 81401<br>United States |
| MUNICIPAL AIRPORT AUTHORITY | P O BOX 2845<br>FARGO, ND 58108 2845<br>United States |

| Governmental Authority | Address |
| --- | --- |
| MUNICIPALIDAD DE ALAJUELA | 100 OESTE DE LA IGLESIA LA AGONÍA ALAJUELA<br>ALAJUELA, SAN JOSE<br>Costa Rica |
| MUNICIPALIDAD DE SAN JOSE SAN JOSE | 325 ESTE CEMENTERO OBRERO LA SABANA<br>SAN JOSE, SAN JOSE<br>Costa Rica |
| MUNICIPALIDAD DISTRITAL DE MIRAFLORES | AV LARCO NRO 400 LIMA<br>MIRAFLORES, LIMA<br>Peru |
| MUNICIPALIDAD SAN PEDRO SULA | PARQUE CENTRAL 1RA CALLE BARRIO EL CENTRO<br>SAN PEDRO SULA, HONDURAS<br>Honduras |
| MUNICIPIO DE BENITO JUAREZ | AV TULUM SN<br>SUPER MANZANA 2<br>CANCUN, QUINTANA ROO 77500<br>Mexico |
| MUNICIPIO DE COZUMEL | CALLE 13 SUR SN<br>ANDRES<br>COZUMEL, QUINTANA ROO 77664<br>Mexico |
| MUNICIPIO DE LA CIUDAD DE MONTERREY | ZARAGOZA SUR SN<br>MONTERREY CENTRO<br>MONTERREY, NUEVO LEON 64000<br>Mexico |
| MUNICIPIO DE MERIDA YUCATAN | 62 NO 494 X 59 Y 61<br>CENTRO<br>MERIDA, YUCATAN 97000<br>Mexico |
| MUNICIPIO DE PALMIRA | CL 30 CR 29 ESQ ED CAMP P 6<br>VALLE DE CAUCA, PALMIRA<br>Colombia |
| MUNICIPIO DE PANAMA | AVENIDA CUBA JUSTO AROSEMENA A LADO DE LA UNIVERSIDAD LATINA EDIFICIO HATILLO<br>PANAMA, PANAMA<br>Panama |

| Governmental Authority | Address |
|---|---|
| MUNICIPIO DE ZAPOPAN JALISCO | AV HIDALGO 151<br>CENTRO<br>ZAPOPAN, JALISCO 45100<br>Mexico |
| MUNICIPIO DE ZIHUATANEJO DE AZUETA GUERRERO | AV PASEO DE ZIHUATANEJO PONIENTE 21<br>LA DEPORTIVA<br>ZIHUATANEJO DE AZUETA, GUERRERO 40880<br>Mexico |
| MUNICIPIO DEL CARMEN CAMPECHE | CALLE 22 NO 91<br>CENTRO<br>CIUDAD DEL CARMEN, CAMPECHE 24100<br>Mexico |
| MUSCLE SHOALS/NORTHWEST ALABAMA REGIONAL AIRPORT | 1729 T ED CAMPBELL DR SUITE A<br>MUSCLE SHOALS, AL 35661 2016<br>United States |
| MYRTLE BEACH INTERNATIONAL AIRPORT | 1100 JET PORT RD.<br>MYRTLE BEACH, SC 29577<br>United States |
| N Y C DEPARTMENT OF FINANCE GENERAL CORPORATION TAX | P.O. BOX 5040<br>KINGSTON, NY 12402-5040<br>United States |
| NATRONA COUNTY INT L AIRPORT | 8500 FULLER STREET<br>CASPER, WY 82604<br>United States |
| NEVADA SECRETARY OF STATE | 101 N CARSON STREET SUITE 3<br>CARSON CITY, NV 89701<br>United States |
| NEW HANOVER AIRPORT AUTHORITY | PO BOX 896526<br>CHARLOTTE, NC 28289 6526<br>United States |
| NEW ORLEANS AVIATION BOARD | P.O. BOX 20007<br>NEW ORLEANS, LA 70141<br>United States |
| NEW YORK STATE SALES TAX | P.O. BOX 15169<br>ALBANY, NY 12212-5169<br>United States |
| NIAGARA FRONTIER TRANSPORTATION AUTH | 181 ELLICOTT STREET<br>BUFFALO, NY 14203<br>United States |

| Governmental Authority | Address |
| --- | --- |
| NORFOLK INT L AIRPORT | 2200 NORVIEW AVE.<br>NORFOLK, VA 23518-5897<br>United States |
| NORTHWEST ARKANSAS REGIONAL AIRPORT | ONE AIRPORT BLVD SUITE 100<br>BENTONVILLE, AR 72712<br>United States |
| OKLAHOMA CITY DEPARTMENT OF AIRPORTS WILL ROGERS WORLD AIRPORT | 7100 TERMINAL DRIVE UNIT 937<br>OKLAHOMA CITY, OK 73159<br>United States |
| ONTARIO INTERNATIONAL AIRPORT AUTHORITY | 1923 E AVION AVE<br>ONTARIO, CA 91761<br>United States |
| OPCALIA | TSA 90118<br>CEDEX, PARIS 75437<br>France |
| OSDE | AVENIDA LEONARDO ALEM Nº 1067<br>CAPITAL FEDERAL<br>BUENOS AIRES, ARGENTINA<br>Argentina |
| OSKALOOSA AIRPORT | 1701 STATE ROAD 85 NORTH<br>EGLIN AFB, FL 32542<br>United States |
| OUTAGAMIE COUNTY | W6390 CHALLENGER DRIVE SUITE 201<br>APPLETON, WI 54915<br>United States |
| OXNARD AIRPORT | 2889 W 5TH ST<br>OXNARD, CA 93030<br>United States |
| PALM BEACH COUNTY DEPARTMENT OF AIRPORTS | 846 PALM BEACH INTERNATIONAL AIRPORT<br>WEST PALM BEACH, FL 33406 1470<br>United States |
| PALM SPRINGS REGIONAL AIRPORT | 3400 E, TANQUITZ CANYON WAY<br>PALM SPRINGS, CA 92262<br>United States |
| PANGHORN MEMORIAL AIRPORT | ONE PANGHORN DR.<br>WENATCHEE, WA 98802<br>United States |
| PELLSTON REGIONAL AIRPORT OF EMMET COUNTY | US 31 N<br>PELLSTON, MI 49769<br>United States |

27

| Governmental Authority | Address |
|---|---|
| PENINSULA AIRPORT COMMISSION | 900 BLAND BLVD SUITE G<br>NEWPORT NEWS, VA 23602<br>United States |
| PENSACOLA REGIONAL AIRPORT | 2430 AIRPORT BLVD SUITE 225<br>PENSACOLA, FL 32504<br>United States |
| PIEDMONT TRIAD AIRPORT AUTHORITY | 1000 A TED JOHNSON PARKWAY<br>GREENSBORO, NC 27409<br>United States |
| PITT-GREENVILLE AIRPORT | 400 AIRPORT RD<br>GREENVILLE, NC 27834<br>United States |
| PORT AUTHORITY OF NY AND NJ JFK | P.O. BOX 95000-1556<br>PHILADELPHIA, PA 19195-1556<br>United States |
| PORT DEPARTMENT OF THE CITY OF OAKLAND | P.O. BOX 2064<br>OAKLAND, CA 94604<br>United States |
| PORT OF PASCO | 3601 NORTH 20 AVENUE<br>PASCO, WA 99301<br>United States |
| PORT OF PORTLAND | P.O. BOX 5095<br>PORTLAND, OR 97208-5095<br>United States |
| PORT OF SEATTLE | 2711 ALASKAN WAY<br>SEATTLE, WA 98121-1107<br>United States |
| PORTLAND INTERNATIONAL AIRPORT CITY OF PORTLAND | 1001 WESTBROOK STREET<br>PORTLAND, ME 4102<br>United States |
| PREFEITURA DO MUNICIPIO DE SÃO PAULO | VIADUTO DO CHA 15 9 ANDAR<br>SAO PAULO, SAO PAULO 1002020<br>Brazil |
| PREFEITURA MUNICIPAL DE GUARULHOS | AVENIDAENIDA MARECHAL HUMBERTO DE ALENCAR CASTELO BRANCO 238<br>GUARULHOS, SAO PAULO 07040 030<br>Brazil |
| PSV NV | FREDERIKLAAN 10 A<br>EINDHOVEN, EINDHOVEN 5616NH<br>The Netherlands |

| Governmental Authority | Address |
|---|---|
| RDU AIRPOT AUTHORITY PFC REMITTANCE ACCOUNT | P.O. BOX 31741<br>CHARLOTTE, NC 28231-1741<br>United States |
| RECEIVER GENERAL FOR CANADA | 275 POPE ROAD<br>SUMMERSIDE, PRINCE EDWARD ISLAND C1N 6E7<br>Canada |
| REDDING MUNICIPAL AIRPORT | 7651 WOODRUM CIRCLE ?200<br>REDDING, CA 96002<br>United States |
| REDMOND MUNICIPAL AIRPORT CITY OF REDMOND | 559 SOUTHWEST 7TH STREET<br>REDMOND, OR 97756<br>United States |
| RHODE ISLAND AIRPORT CORP | P.O BOX 845419<br>BOSTON, MA 10401<br>United States |
| RICHLAND LEXINGTON AIRPORT DISTRICT | 125 A SUMMERLAKE DR<br>WEST COLUMBIA, SC 29170<br>United States |
| ROANOKE INSURANCE GROUP | 1475 E WOODFIELD ROAD SUITE 500<br>SCHAUMBURG, IL 60173<br>United States |
| ROANOKE REGIONAL AIRPORT COMMISSION | 5202 AVIATION DRIVE<br>ROANOKE, VA 24012<br>United States |
| ROCHESTER AIRPORT COMPANY | 7600 HELGERSON DR SW<br>ROCHESTER, MN 55902<br>United States |
| ROCHESTER INTERNATIONAL AIRPORT MONROE COUNTY | 1200 BROOKS AVENUE<br>ROCHESTER, NY 14624<br>United States |
| ROCK SPRINGS SWEETWATER | POBOX 1987<br>ROCK SPRING, WY 82902<br>United States |
| ROUTT COUNTY OF | PO BOX 1060<br>HAYDEN, CO 81639<br>United States |
| SACRAMENTO METRO AIRPORT | 6900 AIRPORT BLVD.<br>SACRAMENTO, CA 95837<br>United States |

| Governmental Authority | Address |
|---|---|
| SALT LAKE CITY CORPORATION | AMF BOX 22084<br>SALT LAKE CITY, UT 84122<br>United States |
| SAN DIEGO COUNTY REGIONAL AIRPORT AUTH | P. O. BOX 81323<br>SAN DIEGO, CA 92138-1323<br>United States |
| SAN FRANCISCO INTERNATIONAL AIRPORT | P.O. BOX 8097<br>SAN FRANCISCO, CA 94128-8097<br>United States |
| SAN LUIS VALLEY REGIONAL AIRPORT /BERGMAN FIELD | PO BOX 328<br>ALAMOSA, CO 81101<br>United States |
| SAN MATEO COUNTY | 555 COUNTY CENTER 1ST FLOOR<br>REEDWOOD CITY, CA 94063<br>United States |
| SANFORD AIRPORT AUTHORITY | 1200 RED CLEVELAND BLVD<br>SANFORD, FL 32773<br>United States |
| SANTA BARBARA INTERNATIONAL AIRPORT | 601 FIRESTONE ROAD<br>SANTA BARBARA, CA 93117<br>United States |
| SARASOTA MANATEE AIRPORT AUTHORITY | 6000 AIRPORT CIRCLE<br>SARASOTA, FL 34243<br>United States |
| SAVANNAH AIRPORT COMMISSION/HILTON HEAD INTL | 400 AIRWAYS AVE<br>SAVANNAH, GA 31408<br>United States |
| SBC TAX COLLECTOR | 172 W.THIRD STREET, 1ST FLOOR<br>SAN BERNARDINO, CA 92415-0360<br>United States |
| SECRETARIA DA FAZENDA | RUA DE CONSOLACAO NUM 25<br>SAO PAULO, SAO PAULO<br>Brazil |
| SECRETARIA DE ADMINISTRACION Y FINANZAS | AVE INSURGENTES SN<br>UNIDAD AMDINISTRATIVA<br>CULIACAN, SINALOA 82017<br>Mexico |
| SECRETARIA DE ADMINISTRACION Y FINANZAS GOBIERNO DEL ESTADO DE SINALOA | INSURGENTES S/N<br>CENTRO<br>SINALOA, SINALOA 80129<br>Mexico |

| Governmental Authority | Address |
|---|---|
| SECRETARIA DE ADMINISTRACION Y FINANZAS | CALLE 59 SN<br>CENTRO<br>MERIDA, YUCATAN 97000<br>Mexico |
| SECRETARIA DE FINANZAS DEL DISTRITO FEDERAL | DR LAVISTA 144 ACCESO 1 PISO 1<br>DOCTORES<br>MEXICO, CDMX 6720<br>Mexico |
| SECRETARIA DE FINANZAS DEL ESTADO DE AGUASCALIENTES | AV CONVENCION ORIENTE NO 102<br>DEL TRABAJO<br>AGUASCALIENTES,<br>AGUASCALIENTES 28000<br>Mexico |
| SECRETARIA DE FINANZAS DEL ESTADO DE ZACATECAS | FERNANDO VILLALPANDO 214<br>CENTRO<br>ZACATECAS, ZACATECAS 98000<br>Mexico |
| SECRETARIA DE FINANZAS DEL GOBIERNO DEL EDO DE COAHUILA | AGUILA NACIONAL<br>ABASTOS<br>TORREON, COAHUILA DE ZARAGOZA 27000<br>Mexico |
| SECRETARIA DE FINANZAS DEL GOBIERNO DEL ESTADO BAJA CALIFORNIA SUR | ISABEL LA CATOLICA Y ALLENDE<br>CENTRO<br>LA PAZ, BAJA CALIFORNIA SUR 23000<br>Mexico |
| SECRETARIA DE FINANZAS DEL GOBIERNO DEL ESTADO DE CHIAPAS | BLVD ANDRES SIERRA ROJAS NO 1090<br>TORRE CHIAPAS<br>TUXTLA GUTIERREZ, CHIAPAS 29045<br>Mexico |
| SECRETARIA DE FINANZAS DEL GOBIERNO DEL ESTADO DE JALISCO | PEDRO MORENO 281<br>CENTRO<br>GUADALAJARA, JALISCO 99999<br>Mexico |
| SECRETARIA DE FINANZAS DEL GOBIERNO DEL ESTADO DE SAN LUIS POTOSI | MADERO 100<br>CENTRO<br>SAN LUIS POTOSI, SAN LUIS POTOSI 78000<br>Mexico |

| Governmental Authority | Address |
|---|---|
| SECRETARIA DE FINANZAS Y ADMINISTRACION DE CHIHUAHUA | VENUSTIANO CARRANZA 601 CENTRO CHIHUAHUA, CHIHUAHUA 31000 Mexico |
| SECRETARIA DE FINANZAS Y ADMINISTRACION DEL ESTADO DE GUANAJUATO | PLAZA DE LA PAZ NO 12 CENTRO GUANAJUATO, GUANAJUATO 36000 Mexico |
| SECRETARIA DE FINANZAS Y ADMINISTRACION DEL GOBIERNO DEL ESTADO DE GUERRERO | COSTERA M ALEMAN 2002 FRACC COSTA AZUL ACAPULCO, GUERRERO 39300 Mexico |
| SECRETARIA DE FINANZAS Y DE ADMINISTRACION DEL ESTADO DE DURANGO | BRUNO MARTINEZ 143 CENTRO DURANGO, DURANGO 34000 Mexico |
| SECRETARIA DE FINANZAS Y TESORERIA GENERAL DEL ESTADO NUEVO LEON | ESCOBEDO SUR 333 PISO 3 CENTRO MONTERREY, NUEVO LEON 64000 Mexico |
| SECRETARIA DE HACIENDA DEL ESTADO | BLVD ANDRES SERRA ROJAS NO 1090 TORRE CHIAPAS EL RETIRO TAPACHULA, CHIAPAS 29045 Mexico |
| SECRETARIA DE PLANEACION DEL GOBIERNO DE BAJA CALIFORNIA | INDEPENDENCIA 994 INDEPENDENCIA TIJUANA, BAJA CALIFORNIA 21000 Mexico |
| SECRETARIA DE PLANEACION Y FINANZAS DEL ESTADO DE JALISCO | PEDRO MORENO NO 281 CENTRO GUADALAJARA, JALISCO 44100 Mexico |
| SERVICIO DE ADMINISTRACION DE RENTAS | PRIMERA CALLE SEGUNDA AVENIDA BARRIO EL CENTRO SAN PEDRO SULA, SAN PEDRO SULA Honduras |
| SERVICIO DE ADMINISTRACION TRIBUTARIA | AV PASEO DE LA REFORMA NTE 10 PB TORRE CABALLITO TABACALERA MEXICO, CDMX 6030 Mexico |

| Governmental Authority | Address |
|---|---|
| SERVICIO NACIONAL DE ADUANA DEL ECUADOR SENAE | TABABELA CENTRO LOGISTICO DE CARGA<br>QUITO, QUITO<br>Ecuador |
| SERVICIO NACIONAL DE MIGRACION | VIA RICARDO J ALFARO PANAMA<br>PANAMA, PANAMA<br>Panama |
| SERVICIO RENTAS INTERNAS | Salinas N17-203 y Santiago, Edif. Alhambra<br>QUITO, QUITO<br>Ecuador |
| SOUTH JOSEPH COUNTY AIRPORT AUTHORITY | 4477 PROGRESS DRIVE<br>SOUTH BEND, IN 46628<br>United States |
| SOUTHWEST GEORGIA REGIONAL AIRPORT | 3905 NEWTON ROAD SUITE 100<br>ALBANY, GA 31701<br>United States |
| SPHERE ONE AVIATION CEDAR CITY REGIONAL AIRPORT | 10 NORTH MAIN STREET<br>CEDAR CITY, UT 84720<br>United States |
| SPOKANE INT L AIRPORT | 9000 W. AIRPORT DR. ?204<br>SPOKANE, WA 99224<br>United States |
| ST GEORGE MUNICIPAL AIRPORT | 317 SOUTH DONLEE DRIVE<br>ST GEORGE, UT 84770<br>United States |
| SUPER INTENDENCIA NACIONAL DE ADUANA Y DE ADMINISTRACION TRIBUTARIA | AVENIDA GARCILASO DE LA VEGA N 1472<br>LIMA<br>LIMA, LIMA 9999<br>Peru |
| SUPERINTENDENCIA ADMON TRIBUTARIA SATVAR | AEROPUERTO INTERNACIONAL SIMON BOLIVAR TERMINAL INTERNACIONAL SALA OESTE MAIQUETIA<br>MAIQUETIA, ESTADO VARGAS NA<br>Venezuela |
| SUPERINTENDENCIA DE ADMON TRIBUTARIA | 7A AVENIDA 373 EDIFICIO TORRE SAT<br>ZONA 9<br>GUATEMALA, GUATEMALA<br>Guatemala |

| Governmental Authority | Address |
|---|---|
| SUPERINTENDENCIA DE COMPAÑIAS VALORES Y SEGUROS | ROCA 660 Y AMAZONAS<br>QUITO, PICHINCHA EC170517<br>Ecuador |
| SUPERINTENDENCIA DE PUERTOS Y TRANSPORTE | CALLE 63 NO 9 45<br>BOGOTA DC<br>BOGOTA, COLOMBIA<br>Colombia |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY | ONE TERMINAL DRIVE SUITE 300<br>MIDDLETOWN, PA 17057<br>United States |
| SYRACUSE REGIONAL AIRPORT AUTHORITY | 1000 COL EILEEN COLLINS BLVD<br>SYRACUSE, NY 13212<br>United States |
| TALLAHASSEE REGIONAL AIRPORT | 3300 CAPITAL CIRCLE SW<br>TALLAHASSEE, FL 32310<br>United States |
| TARRANT COUNTY TAX OFFICE | 100 E WEATHERFORD ST<br>FORT WORTH, TX 76196 0301<br>United States |
| TESORERIA DE LA FEDERACION | DOMICILIO CONOCIDO<br>DISTRITO FEDERAL<br>MEXICO, CDMX 99999<br>Mexico |
| TESORERIA DE LA SEGURIDAD SOCIAL | TIRADENTES 33 ENSANCHE NACO<br>DISTRITO NACIONAL, SANTO DOMINGO<br>Dominican Republic |
| TESORERIA DE S SOCIAL | 1 PLAZA DE CATELLANE 28100<br>MADRID<br>MADRID, MADRID<br>Spain |
| THE CITY OF TYLER TEXAS | 212 NORTH BONNER<br>TYLER, TX 75702<br>United States |
| THE CITY OF WICHITA KANSAS | 2173 AIR CARGO ROAD<br>WICHITA, KS 67209<br>United States |
| THE EASTERN IOWA AIRPORT | 2515 ARTHUR COLLINS PKWY SW<br>CEDAR RAPIDS, IA 52404<br>United States |

| Governmental Authority | Address |
|---|---|
| THE PORT AUTHORITY OF N Y N J EWR | PO BOX 95000<br>PHILADELPHIA, PA 19195 1517<br>United States |
| THE PORT AUTHORITY OF NY AND NJ LGA | P. O. BOX 95000-1556<br>PHILADELPHIA, PA 19195-1556<br>United States |
| TOKYO CHIYODA TOZEI JIMISHO | SHIN KOKUSAI BLDG 8F 3-4-1<br>MARUNDUCHI, JAPON<br>Japan |
| TOMPKINS COUNTY AIRPORT | 72 BROWN RD<br>ITHACA, NY 14850<br>United States |
| TRANSPORTATION SECURITY ADMINISTRATION | 400 SEVENTH ST.  S.W.<br>WASHINGTON, DC 20590<br>United States |
| TREASURER CITY OF CLEVELAND | 2025 ONTARIO AVENUE<br>CLEVELAND, OH 44115-1028<br>United States |
| TRESOR PUBLIC | 6 RUE ST HAYCINTHE<br>FRANCIA, FRANCIA 75001<br>France |
| TRI CITIES AIRPORT AUTHORITY | 2525 HIGHWAY 75 SUITE 301<br>BLOUNTVILLE, TN 37617<br>United States |
| TUCSON INT L | P.O. BOX 78975<br>TUCSON, AZ 85706<br>United States |
| TULSA INTERNATIONAL | PO BOX 581838<br>TULSA, OK 74115<br>United States |
| U S CUSTOMS AND BORDER PROTECCION | 301 E. OCEAN BLVD<br>LONG BEACH, CA 90802<br>United States |
| UNIVERSITY OF ILLINOIS-WILLARD - INSTITUE OF AVIATION | 11 AIRPORT RD<br>SAVOY, IL 61874<br>United States |
| URSSAF | FRANCIA<br>FRANCIA<br>MONTREUIL, MONTREUIL 93518<br>France |

| Governmental Authority | Address |
|---|---|
| USDA OFM NATL FIN CTR | 100 NORTH SIXTH STREET BUTLER SQ 5TH FLOOR MINNEAPOLIS, MN 55403 United States |
| VALDOSTA LOWNDES COUNTY AIRPORT AUTHORITY | 1750 AIRPORT ROAD SUITE 1 VALDOSTA, GA 31601 United States |
| VALLEY INTERNATIONAL AIRPORT | 3002 HERITAGE WAY 3RD FLOOR HARLINGEN, TX 78550 United States |
| VANCOUVER INTERNATIONAL AIRPORT AUTHORITY | PO BOX 23750 AIRPPORT POSTAL OUTLET, RICHMOND V7B 1Y7 Canada |
| VIRGINIA DEPARTMENT OF MOTOR VEHICLES | P.O. BOX 27422 RICHMOND, VA 23269-7422 United States |
| WASHINGTON DULLES METROPOLITAN WASHINGTO | P.O. BOX 2143 MERRIFIELD, VA 22116-2143 United States |
| WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES | PO BOX 44836 OLYMPIA, WA 98505-4836 United States |
| WAYNE COUNTY AIRPORT AUTHORITY | 11050 ROGELL DR BUILDING 602 DETROIT, MI 48242 United States |
| WESTCHESTER COUNTY AIRPORT | 240 AIRPORT ROAD WHITE PLAINS, NY 10604 United States |
| WILKES BARRE SCRANTON INTERNATIONAL AIRPORT | 100 TERMINAL DRIVE SUITE 1 AVOCA, PA 18641 United States |
| WILLIAM P HOBBY AIRPORT | P.O. BOX 60106 HOUSTON, TX 77205-0106 United States |
| YEAGER CENTRAL W VA REGIONAL AIRPORT | 100 AIRPORT ROAD SUITE 175 CHARLESTON, WV 25311 United States |
| YUMA COUNTY AIRPORT AUTHORITY INC | 2191 E 32ND STREET STE 218 YUMA, AZ 85365 3609 United States |