Richard J. Cooper
Francesca L. Odell
Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Lender Parties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re:                                                       :
                                                             :   Chapter 11
                                                             :
GRUPO AEROMÉXICO, S.A.B. de C.V., *et                        :
al*.                                                         :   Case No. 20-11563 (SCC)
                                                             :
              Debtors.[1]                                    :   Jointly Administered
                                                             :
------------------------------------------------------------ X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Richard J. Cooper of Cleary Gottlieb Steen &

Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Deutsche Bank

AG, London Branch; Massachusetts Mutual Life Insurance Company; The Lincoln National Life

Insurance Company; Sabcapital, S.A. de C.V., SOFOM, E.R.; Nassau Life Insurance Company

(as successor in interest to Phoenix Life Insurance Company); Nassau Life Insurance Company

of Texas (as successor in interest to Constitution Life Insurance Company); Nassau Life

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

Insurance Company of Kansas (as successor in interest to The Pyramid Life Insurance Company); PHL Variable Insurance Company; Industrial and Commercial Bank of China Mexico, S.A. Institucion de Banca Multiple; Industrial and Commercial Bank of China Limited, Dubai (DIFC) Branch; and Industrial and Commercial Bank of China Limited, New York Branch (collectively, the "Lender Parties") and requests pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the person listed below at the following address:

> Richard J. Cooper
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> (212) 225-2000
> email: rcooper@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise. This Notice of Appearance is not and shall not be construed as a waiver of any of the Lender Parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

*[The remainder of this page has been left intentionally blank]*

Dated: July 21, 2020
      New York, New York

                    Respectfully submitted,

                    /s/ *Richard J. Cooper*
                    Richard J. Cooper
                    rcooper@cgsh.com
                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    One Liberty Plaza
                    New York, New York 10006
                    T: 212-225-2000
                    F: 212-225-3999

                    *Counsel to the Lender Parties*