IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,[1] | ) Case No. 20-11563 (SCC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. 1716** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2021, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated September 15, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these cases, along with the each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de Mexico, S.A. de C.V 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1.  The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
16th day of September, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re: | Chapter 11 |
|---|---|
| GRUPO AEROMXICO, S.A.B. de C.V., et al., | Case No. 20-11563 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000200626131 ***        AEM TRFNTC (MERGE2, TXNUM2) 4000018183

To:



AAA AIR SUPPORT
13723 HARVARD PL
GARDENA, CA 90249

Please note that your claim # 181 in the above referenced case and in the amount of $1,825.00 has been transferred (unless previously expunged by court order)

BRADFORD CAPITAL HOLDINGS, LP
TRANSFEROR: AAA AIR SUPPORT
ATTN: BRIAN L BRAGER
PO BOX 4353
CLIFTON, NJ 07012

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    1716    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/15/2021                Vito Genna, Clerk of Court

/s/ Betina Wheelon
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 15, 2021.

**EXHIBIT B**

# GRUPO AEROMXICO, S.A.B. DE C.V.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AAA AIR SUPPORT | 13723 HARVARD PL, GARDENA, CA 90249 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: AAA AIR SUPPORT, ATTN: BRIAN L BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |

**Total Creditor Count 2**