**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11563 (SCC)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1723-1726** |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2021, I caused to be served the:

   a. "Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Reject that Certain Aircraft Lease," dated September 15, 2021 [Docket No. 1723], (the "CNO Reject Lease"),

   b. "Certificate of No Objection Regarding Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Approving an Unsecured Claim Settlement by and Between the Debtors and the Clover Parties," dated September 15, 2021 [Docket No. 1724], (the "CNO Clover Settlement"),

   c. "Notice of Scheduled Hearing Date," dated September 15, 2021 [Docket No. 1725], (the "Hearing Notice"), and

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de Mexico, S.A. de C.V 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

    d. "Second Supplemental Declaration of Brett Miller in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 1, 2021," dated September 15, 2021 [Docket No. 1726], (the "2nd Supplemental Miller Declaration"),

by causing true and correct copies of the:

    i. CNO Reject Lease, CNO Clover Settlement, Hearing Notice, and 2nd Supplemental Miller Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. CNO Reject Lease to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. CNO Clover Settlement to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv. CNO Reject Lease, CNO Clover Settlement, Hearing Notice, and 2nd Supplemental Miller Declaration to be delivered via electronic mail to those parties listed on the annexed Exhibit D, and

    v. CNO Reject Lease to be delivered via electronic mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Angharad Bowdler*
                                                  Angharad Bowdler

Sworn to before me this
16th day of September, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AIR LEASE CORPORATION | 2000 AVE OF THE STARS, #1000N LOS ANGELES CA 90067 |
| CREDIT AGRICOLE CORPORATE & INVESTMENT | BANK, TOKYO BRANCH ATTN AGENCY & MIDDLE OFFICE 1-9-2, HIGASHI-SHIMBASHI, MINATO-KU TOKYO 105-0021 JAPAN |
| FEDERAL AVIATION ADMINISTRATION | 800 INDEPENDENCE AVE SW WASHINGTON DC 20591 |
| GRUPO TELVISTA SA DE CV | BLV AGUA CALENTE 11606 AVIACION TIJUANA BAJA CALIFORNIA TIJUANA 22420 MEXICO |
| INTERNAL REVENUE SERVICE | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MTU MAINTENANCE | WORLD TRADE CENTER, OFFICE TOWER B/16F, STRAWINSKYLAAN 1639 1077XX AMSTERDAM NETHERLANDS |
| NATIXIS, NEW YORK BRANCH | ATTN BENOIST DE VIMAL & VALERIE DU MARS 1251 AVE OF THE AMERICAS, 5TH FL REF: NBB LORETO LEASE CO LTD - MSN 43859 NEW YORK NY 10020 |
| NATIXIS, NEW YORK BRANCH | ATTN URS FISHCER & HANNA BECKLES 1251 AVE OF THE AMERICAS, 5TH FL REF: NBB LORETO LEASE CO LTD - MSN 43859 NEW YORK NY 10020 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN SEC HEADQUARTERS 100 F STREET NE WASHINGTO DC 20549 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTENTION SHAWN POWERS 277 PARK AVE NEW YORK NY 10172 |

**Total Creditor count  10**

# EXHIBIT B

GRUPO AEROMÉXICO, S.A.B. de C.V., et al.
Case No. 20-11563 (SCC)
First Class Mail Additional Service – Docket No. 1723

PINATA LEASING CO., LTD.
C/O SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMITED
1-3-2 MARUNOUCHI
CHIYODA-KU, TOKYO 100-8287

SUMITOMO MITSUI BANKING CORPORATION, NEW YORK BRANCH
277 PARK AVENUE
NEW YORK, NY 10172

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| CLOVER AIRCRAFT LEASING COMPANY LIMITED | 2 GRAND CANAL SQUARE GRAND CANAL HARBOUR DUBLIN 2 IRELAND |
| PAAL CETUS COMPANY LTD | C/O PING AN INTERNATIONAL FINANCIAL- LEASING CO LTD; ATTN YE TIAN (JOE) 7F, ONE IFC #8 CENTURY AVE SHANGHAI 200120 CHINA |
| PAAL CETUS COMPANY LTD | ATTN MICHAEL YU SUITE 603-606, 6F ONE IFC, 1 HARBOUR VIEW STREET CENTRAL HONG KONG |
| PAAL CETUS COMPANY LTD | ATTN GARETH DELANY, EXECUTIVE DIR 2 GRAND CANAL SQUARE GRAND CANAL HABOUR DUBLIN 2 D02 A342 IRELAND |
| PAAL CETUS COMPANY LTD | C/O CLIFFORD CHANCE US LLP ATTN JENNIFER DEMARCO; MICHELLE MCGREAL; SARAH N CAMPBELL & ROBERT JOHNSON 31 W 52ND ST NEW YORK NY 10019 |

**Total Creditor count  5**

# EXHIBIT D

| Creditor Name | Email Address |
|---|---|
| AEROPUERTO DE CANCUN SA DE CV | AGUZMAN@ASUR.COM.MX |
| AEROPUERTO DE GUADALAJARA SA DE CV | DARELLANOS@AEROPUERTOSGAP.COM.MX |
| AEROPUERTO DE MONTERREY SA DE CV | ACAMPOS@OMA.AERO |
| AEROPUERTO INTERNACIONAL DE LA CIUDAD | FPARDO@AICM.COM.MX |
| AEROPUERTOS Y SERVICIOS AUXILIARES | MAM.COMERCIAL@ASA.GOB.MX |
| AIR LEASE CORPORATION | INFO@AIRLEASECORP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP (COUNSEL TO THE AD HOC GROUP OF SENIOR NOTEHOLDERS) | DBOTTER@AKINGUMP.COM; AQURESHI@AKINGUMP.COM; JRUBIN@AKINGUMP.COM |
| ASOCIACION SINDICAL DE PILOTOS AVIADORES | ARTURO.MALIACHI@ASPA.ORG.MX |
| ASOCIACION SINDICAL DE PILOTOS AVIADORES | SANTIAGOLOPEZCAD@GMAIL.COM; AVIONETO@HOTMAIL.COM |
| ASSISTANT UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK STEPHEN CHA-KIM | STEPHEN.CHA-KIM@USDOJ.GOV |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | MARIA.ZOTES@BBVA.COM; ECA.STRUCTURING@BBVA.COM |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | MARIA.ZOTES@BBVA.COM ; ECA.STRUCTURING@BBVA.COM |
| BARNES & THORNBURG LLP (COUNSEL FOR FLIGHTSAFETY INTERNATIONAL INC.) | DAVID.POWLEN@BTLAW.COM; JOSEPH.MATTEO@BTLAW.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP (COUNSEL FOR GOGO LLC) | MBARRIE@BENESCHLAW.COM; KCAPUZZI@BENESCHLAW.COM |
| BRAGAR EAGEL & SQUIRE, P.C. (COUNSEL FOR AERITAS, LLC) | EAGEL@BESPC.COM |
| BROWN & CONNERY, LLP (COUNSEL FOR SAP MÉXICO, S.A. DE C.V.0 | JMONTGOMERY@BROWNCONNERY.COM |
| BUCHALTER PC (COUNSEL FOR ORACLE AMERICA, INC. AND ORACLE CREDIT CORPORATION) | SCHRISTIANSON@BUCHALTER.COM |
| CELESTIAL AVIATION TRADING | FIONA.CONNOLLY@GECAS.COM |
| CITIBANK, NA | PAUL.O.JOSEPH@CITI.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP (COUNSEL FOR DEUTSCHE BANK AG, LONDON BRANCH; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; SABCAPITAL, S.A. DE C.V., SOFOM, E.R.; NASSAU LIFE INSURANCE COMPANY (AS SUCCESSOR IN INTEREST TO PHOENIX LIFE INSURANCE COMPANY); NASSAU LIFE INSURANCE COMPANY OF TEXAS (AS SUCCESSOR IN INTEREST TO CONSTITUTION LIFE INSURANCE COMPANY); NASSAU LIFE INSURANCE COMPANY OF KANSAS (AS SUCCESSOR IN INTEREST TO THE PYRAMID LIFE INSURANCECOMPANY); PHL VARIABLE INSURANCE COMPANY; INDUSTRIAL AND COMMERCIAL BANK OF CHINAMEXICO, S.A. INSTITUCION DE BANCA MULTIPLE; INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED,DUBAI (DIFC) BRANCH; AND INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED, NEW YORK BRANCH, COLLECTIVELY, THE "LENDER PARTIES", APOLLO MANAGEMENT HOLDINGS, L.P.,) | RCOOPER@CGSH.COM; FLODELL@CGSH.COM; LBAREFOOT@CGSH.COM |

| Creditor Name | Email Address |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP (COUNSEL TO GRUPO AEROPORTUARIO DEL CENTRO NORTE, S.A.B. DE C.V / COUNSEL TO GRUPO AEROPORTUARIO DEL SURESTE, S.A.B. DE C.V./ COUNSEL TO GRUPO AEROPORTUARIO DEL PACIFICO, S.A.B. DE C.V./ NACIONAL FINANCIERA, S.N.C., INSTITUCIÓN DE BANCA DE DESARROLLO, DIRECCIÓN FIDUCIARIA,AS TRUSTEE OF THE IRREVOCABLE ADMINISTRATION AND PAYMENT TRUST AGREEMENT NO. 80460( MEXICO CITY AIRPORT TRUST) AND BANCO INVEX, S.A., INSTITUCIÓN DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO, AS TRUSTEE OF THE IRREVOCABLE GUARANTY, ADMINISTRATION AND PAYMENT TRUST AGREEMENT NO. 2172 (SECURITY TRUST), COUNSEL TO BBVA BANCOMER, S. A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO BBVA BANCOMER "BBVA") | RCOOPER@CGSH.COM; LBAREFOOT@CGSH.COM |
| COZEN O'CONNOR (COUNSEL FOR AMERIJET INTERNATIONAL, INC) | ESCHMIDT@COZEN.COM;  MBENEDEK@COZEN.COM |
| CREDIT AGRICOLE CORPORATE AND | THOMAS.JEAN@CA-CIB.COM |
| DEBEVOISE & PLIMPTON LLP (COUNSEL FOR TRUENOORD LTD | JBALL@DEBEVOISE.COM |
| DENTONS US LLP (COUNSEL FOR DECOLAR.COM LTDA) | LAUREN.MACKSOUD@DENTONS.COM; ANDREW.AZARMI@DENTONS.COM |
| DENTONS US LLP (COUNSEL FOR CHORUS AVIATION CAPITAL (IRELAND) LIMITED AS SERVICE PROVIDER FOR COMMUTER AIRCRAFT LEASING 2017 V LIMITED AND COMMUTER AIRCRAFT LEASING 2017 VI LIMITED /CHORUS AVIATION). | LEE.WHIDDEN@DENTONS.COM |
| DEUTSCHE BANK MEXICO, SA F/1748 | ALONSO.ROJAS@DB.COM |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEISILANIA.GOMES@DB.COM |
| DLA PIPER LLP (US) (COUNSEL FOR THE COCA-COLA EXPORT CORPORATION) | RACHEL.ALBANESE@US.DLAPIPER.COM; MARK.FRIEDMAN@US.DLAPIPER.COM; NATHAN.SHEPS@US.DLAPIPER.COM |
| DORSEY & WHITNEY LLP (COUNSEL FOR US BANK ENTITIES) ATTN: SAMUEL S. KOHN, NATASHA WELLS | KOHN.SAM@DORSEY.COM; WELLS.NATASHA@DORSEY.COM |
| DUANE MORRIS LLP (COUNSEL FOR MOODY'S INVESTORS SERVICE, INC.) | PABOSSWICK@DUANEMORRIS.COM; CRBELMONTE@DUANEMORRIS.COM |
| ENTSERV ENTERPRISE SERVICES | ELIZABETH.MORENO@DXC.COM |
| FAFINSKI MARK & JOHNSON, P.A. (COUNSEL FOR BEAUTECH POWER SYSTEMS, LLC) | DAVID.RUNCK@FMJLAW.COM |
| FALKO REGIONAL AIRCRAFT LIMITED | MARCUS.ROWLEY@FALKO.COM |
| FOLEY HOAG LLP | ABAUER@FOLEYHOAG.COM; JTEOH@FOLEYHOAG.COM; MPARKINSON@FOLEYHOAG.COM |
| FREIDENBERG, FREIDENBERG & LIFSIC – ABOGADOS (COUNSEL FOR  AEROVIAS DE MÉXICO SA DE CV (AEROMÉXICO) ARGENTINE REGISTERED BRANCH) | ELIZABETHFREIDENBERG@EMFRL.COM.AR; ELIZABETHFREIDENBERG@GMAIL.COM ; MNUNEZ@EMFRL.COM.AR |
| GENERAL ELECTRIC | ALAN.FRETWELL@GE.COM |
| GENERAL ELECTRIC COMPANY | KELLAN.GRANT@GE.COM |
| GLENN AGRE BERGMAN & FUENTES LLP (CONFLICTS COUNSEL TO THE AD HOC GROUP OF UNSECURED CREDITORS) | AGLENN@GLENNAGRE.COM; SSCHMIDT@GLENNAGRE.COM; ESHAPIRO@GLENNAGRE.COM; RRAMIREZ@GLENNAGRE.COM |
| HERBERT SMITH FREEHILLS NEW YORK LLP (COUNSEL FOR DEVELOPMENT BANK OF JAPAN INC., KFW IPEX-BANK GMBH, THE CHUGOKU BANK, LTD., AND NTT TC LEASING CO., LTD.) | PETER.BEHMKE@HSF.COM; JONATHAN.CROSS@HSF.COM |

GRUPO AEROMÉXICO, S.A.B. de C.V., et al
MSL Email List

| Creditor Name | Email Address |
|---|---|
| HOLLAND & KNIGHT LLP (COUNSEL FOR AVOLON AEROSPACE AOE 116 LIMITED, AVOLON AEROSPACE AOE 117 LIMITED, WELLS FARGO TRUST CO N.A. /TA (AIRCRAFT MSN 37165), (AIRCRAFT MSN 37167), (MSN 62147), MSN 62148), TA 36699, TA 36705, TA 36706, TA 36880, TA 37753, TA 43704 , (AIRCRAFT MSN 33790),(AIRCRAFT MSN 33783), CONSTITUTION AIRCRAFT LEASING (IRELAND) 9 LIMITED , AMENDED AND RESTATED TRUST AGREEMENT (AIRCRAFT 73B-32796 (DELAWARE) TRUST, CREDITOR AND PARTY-IN-INTEREST BOCA AVIATION (IRELAND) LIMITED, CREDITOR AND PARTY-IN-INTEREST MSN 39429 TRUST, CREDITOR AND PARTY-IN-INTEREST FGL AIRCRAFT IRELAND LIMITED, CREDITORS AND PARTIES-IN-INTEREST FO GALAXY LEASING LTD. AND TLC DAFFODIL LTD., CREDITOR AND PARTY-IN-INTEREST ENGINE LEASE FINANCE CORPORATION, CREDITOR AND PARTY-IN-INTEREST MC ENGINE LEASING LTD, MSN 39439) | BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; MARC.ANTONECCHIA@HKLAW.COM; BRIAN.SMITH@HKLAW.COM; ROBERT.JONES@HKLAW.COM |
| HSBC BANK USA, N.A. | DANIELA.ALVARADO@US.HSBC.COM ; |
| HSBC MEXICO SA | CECILIA.STETA@HSBC.COM.MX |
| HUGHES HUBBARD & REED LLP (COUNSEL FOR DELTA AIR LINES, INC.) ATTN: KATHRYN A. COLEMAN, ESQ AND JEFFREY MARGOLIN, ESQ. | KATIE.COLEMAN@HUGHESHUBBARD.COM; JEFF.MARGOLIN@HUGHESHUBBARD.COM |
| HUGHES HUBBARD & REED LLP, ATTN: CHRISTOPHER WHELAN, ESQ) | CHRISTOPHER.WHELAN@HUGHESHUBBARD.COM |
| IBM CAPITAL MEXICO 1 S DE RL DE CV | RASTUDIL@MX1.IBM.COM |
| KAPLAN KIRSCH & ROCKWELL LLP ( COUNSEL FOR THE CITY OF AUSTIN, TEXAS, AND THE AUSTIN-BERGSTROM INTERNATIONAL AIRPORT) | SOSIT@KAPLANKIRSCH.COM; ESMITH@KAPLANKIRSCH.COM; DBANNARD@KAPLANKIRSCH.COM |
| LATHAM & WATKINS LLP (COUNSEL FOR CITIBANK, N.A.) | KEITH.SIMON@LW.COM; MADELEINE.PARISH@LW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR HARRIS COUNTY) | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR TARRANT COUNTY) | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR BAXAR COUNTY) ATTN: DAVID G. AELVOET | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LUSKIN, STERN & EISLER LLP (COUNSEL FOR PARAMOUNT PICTURES CORPORATION) | HORNUNG@LSELLP.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP (COUNSEL TO CHUBB FIANZAS MONTERREY, ASEGURADORA DE CAUCIÓN, S.A. (FORMERLY KNOWN AS ACE FIANZAS MONTERREY, S.A.) AND ITS PAST, PRESENT, AND FUTURE AFFILIATED SURETIES) | GBRESSLER@MDMC-LAW.COM; MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS LLP (COUNSEL FOR VITO) | FGUADAGNINO@MCGUIREWOODS.COM |
| MCGUIREWOODS LLPN (COUNSEL FOR WELL FARGO BANK, N.A.) | KWIGNESS@MCGUIREWOODS.COM; HCHUNG@MCGUIREWOODS.COM |
| MILBANK LLP | TLOMAZOW@MILBANK.COM; AHARMEYER@MILBANK.COM |
| MILLER, CANFIELED, PADDOCK AND STONE, P.L.C (COUNSEL FOR WAYNE COUNTY AIRPORT AUTHORITEY) | SWANSONM@MILLERCANFIELD.COM; SPINNER@MILLERCANFIELD.COM |
| MORRISON & FOERSTER LLP (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GRUPO AEROMÉXICO, S.A.B. DE C.V., ET AL.) | BBUTTERFIELD@MOFO.COM; JDELGADO@MOFO.COM |

| Creditor Name | Email Address |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH, LLP (COUNSEL FOR DEFENDANT AVENGER FLIGHT GROUP, LLC) | ALAN.KAUFMAN@NELSONMULLINS.COM |
| NORDIC AVIATION CAPITAL | NAC@NAC.DK |
| NORDIC AVIATION CAPITAL | PHB@NAC.DK |
| NORTON ROSE FULBRIGHT US LLP (COUNSEL FOR WILLIS LEASE FINANCE CORP) | DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM; FRANCISCO.VAZQUEZ@NORTONROSEFULBRIGHT.COM |
| NORTON ROSE FULBRIGHT US LLP (COUNSEL FOR CAE INC) | ANDREW.ROSENBLATT@NORTONROSEFULBRIGHT.COM; JAMES.COPELAND@NORTONROSEFULBRIGHT.COM |
| O'MELVENY & MYERS LLP (COUNSEL FOR WELLS FARGO BANK NATIONAL ASSOCIATION (NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS INDENTURE TRUSTEE UNDER CERTAIN INDENTURE AGREEMENTS) | JKAPLAN@OMM.COM; GOLIVERA@OMM.COM |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ANDREA.B.SCHWARTZ@USDOJ.GOV |
| ORACLE DE MEXICO SA DE CV | YUGLAL.KUMAR@ORACLE.COM |
| PANASONIC AVIONICS CORPORATION | JOSER.MARTINEZ@PANASONIC.AERO |
| PAUL HASTINGS LLP (COUNSEL FOR MERKAFON DE MÉXICO, S.A. DE C.V.) | HARVEYSTRICKON@PAULHASTINGS.COM |
| PERKINS COIE LLP (COUNSEL FOR THE BOEING COMPANY AND ITS SUBSIDIARIES) | JPENN@PERKINSCOIE.COM; ADSMITH@PERKINSCOIE.COM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP (COUNSEL FOR RANTER LEASING IV LIMITED) | DANIA.SLIM@PILLSBURYLAW.COM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP (COUNSEL FOR AIR LEASE CORPORATION) ATTN: LEO T. CROWLEY | LEO.CROWLEY@PILLSBURYLAW.COM |
| PORT AUTHORITY LAW DEPARTMENT | JBARRAGAN@PANYNJ.GOV |
| QUINN EMANUAL URQUHART & SULLIVAN LLP (COUNSEL FOR CERTAIN DIRECTORS OF GRUPO AEROMEXICO S.A.B. DE CV | PATTYTOMASCO@QUINNEMANUEL.COM;JOANNACAYTAS@QUINNEMANUEL.COM; SAMANTHAGILLESPIE@QUINNEMANUEL.COM;JUANMORILLO@QUINNEMANUEL.COM |
| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP (COUNSEL FOR CREDITOR RIU CALIFORNIA LLC) | GERALD.KENNEDY@PROCOPIO.COM |
| RANGER LEASING IV LIMITED C/O SIERRA ECHO AIRCRAFT LEASING LIMITED) | CWALSH@SKYWORKS.AERO |
| RIKER DANZIG SCHERER HYLAND &PERRETTI LLP (COUNSEL FOR THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR THE AEROVÍAS DE MÉXICO, S.A. DE C.V. UNSECURED 7.000% SENIOR NOTES DUE IN 2025) | JSCHWARTZ@RIKER.COM; CPLAZA@RIKER.COM; TSCHELLHORN@RIKER.COM |
| RUMBERGER, KIRK & CALDWELL, P.C. (COUNSEL FOR THE GREATER ORLANDO AVIATION AUTHORITY) | SWILLIAMS@RUMBERGER.COM |
| SABRE GROUP INC | CHRIS.POWERS@SABRE.COM |
| SHEPPARD MULLIN RICHTER & HMPTON LLP (COUNSEL FOR GAT AIRLINE GROUND SUPPORT, INC.) | ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM |
| SIDLEY AUSTIN LLP (COUNSEL FOR GENERAL ELECTRIC COMPANY, GE CAPTIAL AVIATION SERVICES, LLC AND THEIR AFFILIATES) | MGBURKE@SIDLEY.COM; APROPPS@SIDLEY.COM; |
| SIMPSON THACHER & BARTLETT LLP (COUNSEL FOR COUNSEL FOR PLM PREMIER, S.A.P.I. DE C.V.) | MICHAEL.TORKIN@STBLAW.COM; BFRIEDMAN@STBLAW.COM; DAVID.ZYLBERBERG@STBLAW.COM |
| SMBC AVIATION CAPITAL LIMITED | FEDERICO.PASCUAL@SMBC.AERO |
| SMITH, GAMBRELL & RUSSELL, LLP (COUNSEL FOR AVIATOR LESSORS) | BHALL@SGRLAW.COM; TSTALZER@SGRLAW.COM |
| SQUIRE PATTON BOGGS (US) LLP (COUNSEL FOR PANASONIC AVIONICS CORPORATION) | CHRISTOPHER.GIAIMO@SQUIREPB.COM |

| Creditor Name | Email Address |
|---|---|
| STONE PIGMAN WALTHER WITTMANN L.L.C. (COUNSEL FOR STONE PIGMAN WALTHER WITTMAN, LLC) | JLANDIS@STONEPIGMAN.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP (COUNSEL FOR DELL FINANCIAL SERVICES/ NTT DATA SERVICES) | STREUSAND@SLOLLP.COM |
| TECHNICAL MATERIAL AND AVIATION COMPONENTS REPAIR | LISA.S.SASSER@FAA.GOV |
| TESORERIA DE LA FEDERACION | JARMEND@IMT.MX |
| THE BANK OF NEW YORK MELLON | MIGUEL.BARRIOS@BNYMELLON.COM; JULIE.HOFFMAN-RAMOS@BNYMELLON.COM; PETER.BAUMGAERTNER@HKLAW.COM |
| THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE CORPORATE TRUST, DEFAULT ADMINISTRATION GROUP | DAVID.M.KERR@BNYMELLON.COM |
| UNITED STATES ATTORNEYS OFFICE | PETER.ARONOFF@USDOJ.GOV |
| US DEPARTMENT OF TRANSPORTATION FAA | 9-AMC-AMZ-OVERFLIGHT-FEES@FAA.GOV |
| VEDDER PRICE P.C. (COUNCEL FOR EXPORT DEVELOPMENT CANADA "EDC") | MJEDELMAN@VEDDERPRICE.COM; JVANDERMARK@VEDDERPRICE.COM; WTHORSNESS@VEDDERPRICE.COM; DKANE@VEDDERPRICE.COM |
| VEDDER PRICE P.C. (COUNSEL FOR EXPORT-IMPORT BANK FOR THE UNITEDSTATES/EMIX, NATIXIS) ATTN: JEFFREY T. VEBER, MICHAEL J. EDELMAN, JEREMIAH J. VANDERMARK | JVEBER@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM; JVANDERMARK@VEDDERPRICE.COM; |
| VEDDER PRICE P.C. (COUNSEL FOR EXPORT-IMPORT BANK OF THE UNITED STATES/EXIM/NATIRX) ATTN: WILLIAM W. THORSNESS | WTHORSNESS@VEDDERPRICE.COM; DKANE@VEDDERPRICE.COM |
| VEDDER PRICE PC (COUNSEL FOR  NAC AND ACG/COUNSEL FOR MACQUARIE AIRCRAFT LEASING SERVICES (IRELAND) LIMITED) COUNSEL FOR AERCAP HOLDINGS N.V. AND, WITH RESPECT TO THE AIRCRAFT IDENTIFIED IN EXHIBIT A, THE BENEFICIAL OWNERS (OWNER PARTICIPANTS) AND OWNER TRUSTEES FOR THE OWNER TRUSTS THAT RESPECTIVELY OWN SUCH AIRCRAFT, EACH AS ALSO LISTED IN EXHIBIT A (AERCAP HOLDINGS N.V., ALONG WITH SUCH OWNER PARTICIPANTS AND OWNER TRUSTEES, COLLECTIVELY, AERCAP (EXHIBIT A NOA DN 176) | MJEDELMAN@VEDDERPRICE.COM; JVANDERMARK@VEDDERPRICE.COM; WTHORSNESS@VEDDERPRICE.COM; DKANE@VEDDERPRICE.COM |
| VEDDER PRICE PC (COUNSEL FOR AIMIA INC) | JVEBER@VEDDERPRICE.COM; JVANDERMARK@VEDDERPRICE.COM; WTHORSNESS@VEDDERPRICE.COM |
| WALLER LANSDEN DORTCH & DAVIS, LLP (COUNSEL FOR FOR EMBRAER AIRCRAFT CUSTOMER SERVICES, LLC, YABORA INDUSTRIA AERONAUTICA S.A., \EMBRAER AVIATION FRANCE SAS - EAF, AND EMBRAER AIRCRAFT MAINTENANCE SERVICES, LLC, D/B/A EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., COLLECTIVELY EMBRAER) | DEREK.EDWARDS@WALLERLAW.COM; BLAKE.ROTH@WALLERLAW.COM |
| WHITE AND CASE LLP  (PROPOSED SPECIAL AVIATION COUNSEL FOR GRUPO AEROMÉXICO, S.A.B. DE C.V., ET AL.) AEROMÉXICO, S.A.B. DE C.V., ET AL.) | JCUNNINGHAM@WHITECASE.COM; RKAMPFNER@WHITECASE.COM; ROBBIE.BOONE@WHITECASE.COM |
| WILLKIE FARR & GALLAGHER LLP(PROPOSED COUNSEL OF OFFICIAL COMMITTEE OF UNSECURED CREDITOR) | BMILLER@WILLKIE.COM; TGOREN@WILLKIE.COM; CDAMAST@WILLKIE.COM; DSINCLAIR@WILLKIE.COM |

GRUPO AEROMÉXICO, S.A.B. de C.V., et al
MSL Email List

| Creditor Name | Email Address |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP (COUNSEL FOR SABRE GLOBAL TECHNOLOGIES, LIMITED AND SABRE GLBL INC/ SABRE ) | PHILIP.ANKER@WILMERHALE.COM; JOEL.MILLAR@WILMERHALE.COM |
| WILMINGTON TRUST COMPANY | SHANNIGAN@WILMINGTONTRUST.COM |
| WORLD FUEL SERVICES | JPINTO@WFSCORP.COM |
| WORLD FUEL SERVICES, INC. | RMCMICHAEL@WFSCORP.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP (COUNSEL FOR WORLD FUEL SERVICES CORP) | PMORGAN@YCST.COM; SGREECHER@YCST.COM; BANKFILINGS@YCST.COM |

Count:180

# EXHIBIT E

GRUPO AEROMÉXICO, S.A.B. de C.V. et al. Case No. 20-11563 (SCC)
Electronic Mail Additional Service - Docket No. 1723

| EMAIL |
|---|
| s_kimura@smfl.co.jp |
| akiko.osato@smfl.co.jp |
| shohei.ikeda@smfl.co.jp |
| k_sengoku@jurists.co.jp |
| laurent_levy@smbcgroup.com |
| ykubo@smbc-lf.com |
| ben_millard@smbcgroup.com |
| christopher_bousquet@smbcgroup.com |
| nick_lebonitte@smbcgroup.com |
| hiro_oshima@smbcgroup.com |
| rachel_kui@smbcgroup.com |
| Bernard_demeo@smbcgroup.com |
| andreas.trunk@nordlb.com |
| matthias.reuleaux@nordlb.de |
| tobias.palm@nordlb.de |
| sebastian.schubert@nordlb.de |
| christina.kollmann@nordlb.de |
| m_yamazaki@botlease.co.jp |
| r_ichinomiya@botlease.co.jp |
| Boas_Ritch@smtb.jp |
| Chao_Boris@smtb.jp |
| Hwang_SooWon@smtb.jp |
| Pollack_Elisa@smtb.jp |
| Shinkai_Hiroshi@smtb.jp |
| Takahashi_Rei@smtb.jp |
| Morita_Yasuaki2@smtb.jp |
| Yuki_Aoki@smbcgroup.com |
| cmrangency@smbcgroup.com |