SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Michael H. Torkin
Bryce L. Friedman
David R. Zylberberg

*Counsel to PLM Premier, S.A.P.I. de C.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.,* | ) | Case No. 20-11563 (SCC) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref: ECF No. 1103, 1105 |

**NOTICE OF ADJOURNMENT OF HEARING REGARDING THE (I) MOTION OF
PLM FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING THE
STIPULATION AMONG THE DEBTORS, PLM AND AIMIA [ECF No. 1103]
AND (II) MOTION OF PLM FOR ENTRY OF AN ORDER AUTHORIZING PLM TO
PARTIALLY REDACT CERTAIN CLUB PREMIER AGREEMENTS [ECF No. 1105]**

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") on the following motions (the

"**Motions**"):

- *Motion of PLM for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Stipulation Among the Debtors, PLM, and Aimia* [ECF No. 1103]

---

[1]    The debtors and debtors-in-possession (the "**Debtors**") in the above-captioned jointly-administered chapter 11 cases (the "**Bankruptcy Cases**"), along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. ("**Grupo Aeroméxico**") 286676; Aerovías de México, S.A. de C.V. ("**Aerovías**") 108984; Aerolitoral, S.A. de C.V. 217315; and Aerovías Empresa de Cargo, S.A. de C.V. 437094-1.  The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

- *Motion of PLM for Entry of an Order Authorizing PLM to Partially Redact Certain Club Premier Agreements* [ECF No. 1105]

that was scheduled for the omnibus hearing on October 21, 2021 at 9:00 a.m. (prevailing Eastern Time) has been adjourned indefinitely, by consent of the movant, the Debtors, and other parties in interest, pending the approval of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Grupo Aeroméxico, S.A.B. de C.V. and its Affiliated Debtors* [ECF No. 1807] and confirmation of the *Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF No. 1806]. If necessary, the hearing on the Motions will be rescheduled by notice for a later date before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that if the Hearing is rescheduled, replies in support of the Motions shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, in accordance with the customary practices of the Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on July 8, 2020 [ECF No. 79], so as to be filed and received no later than **seven (7) days prior to the Hearing, at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if the Hearing is rescheduled, objecting parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings (a) free of charge by visiting the website of Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/aeromexico or (b) by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

Dated: October 4, 2021
New York, NY

/s/ Michael H. Torkin

**SIMPSON THACHER & BARTLETT LLP**

Michael H. Torkin
Bryce L. Friedman
David R. Zylberberg
425 Lexington Avenue
New York, New York 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502
Email:    michael.torkin@stblaw.com
          bfriedman@stblaw.com
          david.zylberberg@stblaw.com

*Counsel to PLM Premier, S.A.P.I. de C.V.*