UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)



| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YOK**<br><br>In re :<br>**GRUPO AEROMEXICO, S.A.B. de C.V. et al.,**<br>Debtors [1] | |
| | **CHAPTER 11**<br>**Case No.20-11563 (SCC)** |

## RESPONSE of Lina AL TABBAL (Claim 12676)

### to DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

On October 4, 2021, Grupo Aeroméxico, S.A.B. de C.V. ("**Aeroméxico**") and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Twenty-Second Omnibus Claims Objection to Proofs of Claim (Satisfied Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

I, **Lina AL TABBAL**, am **the claimant**.

I filed the claim number 12676 (the "Claim") attached hereto in the Cases against Aerovías de México, S.A. de C.V. in connection with an airfare ticket.

**I hereby declare that I DO oppose the disallowance and expungement of my Claim 12676** listed on Schedule 1 to Exhibit 1 of the Objection, so I file with the Bankruptcy Court **and I serve a written response to the Objection (my "Response").**

---

[1] .Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; and Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**The basis of my Claim 12676**

On February 3, 2020 I purchased directly from Aeromexico Airlines 3 return flights PARIS-CDG /MEXICO-MEX (for me Ticket 139 21156 1274 9 in name of Lina Al Tabbal, for my husband Ticket 139 21156 12750 in name of Jeanphilippe Fines  and for my son Ticket 139 21156 12751 in name of Theodore Fines)-reservation code MLHRRR, total amount of 2966.31€ :
- departure on Sunday, April 12 from France CDG airport at 23:00 by flight AM4
- return on Friday, April 24th departure from MEX-MEXICO at 6pm by flight AM5.

These 2 flights were cancelled by Aeromexico, we did not make this trip, I do not want EMD or Voucher, I want to be refunded in full in cash.

Since April 8, 2020 I filed and claimed to Aeromexico the refund of these flights cancelled by Aeromexico : refusal of Aeromexico.

On May 12, 2020, I sent a registered letter with acknowledgment of receipt to the office of Aeromexico, located in France in PARIS (Aeromexico airline, 1 Boulevard de la Madeleine, 750001 PARIS, address found through my personal research because no address indicated on the website of Aeromexico).
But Aeromexico did not even remove this mail, the mail was returned to my home.

My requests for a cash refund were never satisfied by Aeromexico, so I filed Proof of Claim number 12676 to officially request this refund in Bankruptcy court.

**The basis for the amount of my Claim 12676** :

**The flights were cancelled by Aeromexico, we did not go on this trip so I want a full cash refund for the tickets in question and the total amount of my MLHRRR reservation which is 2966,31 €.**
Based on the conversion rates in effect on June 30, 2020 of the Banco de Mexico (Central Bank), as published on that date on the Mexican Federal Gazzette (Diario Oficial de la Federación) :
1€ = 25.8808 peso
1 USD = 23.0893 peso
**Then the amount of my debt of 2966.31€ is equal to 3,324.93USD.**
So **the amount of my Claim 12676 is 3,324.93USD.**

**Prerequisite**

I am a simple French citizen, married and mother of 3 children. I live in a small village of about 4500 inhabitants. I am not a specialist in law and even less in American law. I would like to emphasize the difficulty that this legal process represents for me, especially since it must be done in English. Please excuse my clumsiness.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

In **MY RESPONSE** I contest the "Objection" formulated by the Aeromexico debtors because according to me my Claim is absolutely not satisfied and I thus consider that my Claim 12676 should not be disallowed and expunged.

### First argument

Aeromexico imposed an EMD/Voucher on me as compensation for the cancelled flights but this does not suit me. I have always asked and continue to ask Aeromexico to reimburse me in money for the tickets of the flights they cancelled.
Since April 8, 2020 (see **Exhibit 1** First request for cash refund of cancelled flights by Aeromexico: my email of April 8, and **Exhibit 2** New request for reimbursement in money : my email of April 21, 2020, because claim of April 8 not satisfied ) and since June 30, 2020 I have asked Aeromexico many times and in many different ways for a cash refund. Just recently, I sent emails to Aeromexico to tell them again that I refuse the EMD/Voucher and want a cash refund. I made these requests using the different email addresses that I have included in the emails that Aeromexico has sent me at one time or another. Because unfortunately, on the Aeromexico website, there is no address to contact them by email (or even by post) to make a claim.
I sent again an email on October 18, 2021 and another one on October 23, 2021; (see these emails as **Exhibit 3 and Exhibit 4**): to date, I have not had any acknowledgement of receipt from Aeromexico, nor any answer of any kind.
Therefore, given the difficulty of finding ways to contact Aeromexico, given the lack of response to my various messages and as long as I am not reimbursed in money paid into my bank account, I declare and I maintain that my Claim is not satisfied.

### Second argument

The EMD/Voucher that Aeromexico imposed on me is not convenient for me. It is of no interest to me because we had planned this trip to Mexico in April 2020 to join our daughter Eléonore FINES. As part of an international mobility, a student exchange organized by her French school (ESAD Ecole Supérieure d'Art et de Design located in Orléans, France), our daughter Eléonore was to study in Mexico for 6 months in a school in Mexico City from January 2020 until July 2020 (see **Exhibit 5** Acceptance-Letter_Eleonore-Fines and **Exhibit 6** Aeromexico plane tickets for ELEONORE FINES to go to Mexico City in January 2020 and to return in July 2020) . With the Covid pandemic she had to rush back to France on March 19, 2020 (see **Exhibit 7** Aeromexico Airfare to France for ELEONORE FINES 18March20-19March20). She did not return to Mexico, as the Mexican school was closed due to the pandemic and the courses were only given at a distance by internet. She followed the courses from our home in France.
The purpose of our trip to Mexico in April 2020 was to join our daughter who was studying there at that time. This goal no longer exists. We no longer have any plans to travel to Mexico. An EMD/Voucher is of no interest to me, I want a full refund in cash. So currently, my Claim is not satisfied.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

## Third argument

For French travelers, the rights of airline passengers are set by the Montreal and Warsaw conventions, as well as by European regulation 261/2004. This European regulation EC 261/2004 applies to so-called "European" flights, i.e. those departing from an airport located in the European Union (EU), regardless of the airline. This regulation stipulates that in case of flight cancellation, the passenger can ask for a refund of his ticket.

According to this European regulation :
- Passengers whose flight has been cancelled can receive a full refund of their ticket
- The refund procedure must be indicated in the e-mail received from the airline following the cancellation (I would like to point out that no procedure was indicated in the cancellation e-mails sent by Aeromexico)
- The airlines cannot impose a refund in vouchers if the flight has been cancelled.

Thus in dry flights, purchased directly from the airline, there is no change due to the Covid 19 epidemic: it is the classic European legislation that applies.
In accordance with this European regulation, I have the right to ask Aeromexico for a full refund of the tickets in money, and Aeromexico should not impose me EMD/Voucher which are only vouchers.
It is difficult for me to accept that Aeromexico wants to eliminate my Claim under the pretext that it would be satisfied (which I dispute), while Aeromexico exempts itself from applying the European legal framework that applies to our contractual relationship related to my purchase of the airline tickets.

## Fourth argument

In point 22 of the "Objection", it is stated :
*" 22. The Debtors object to the Claims listed in Schedule 1 to the Proposed Order ("Schedule 1") and request that each such Satisfied Claim be dissallowed and expurgeded in its entirety. Based on a review of the Claims Register and the Satisfied Claims, the Debtors have determined that each Satisfied Claim has been paid **or otherwise satisfied** by the Debtors after the Petition Date, "in accordance with the Bankruptcy Code, applicable rules, or a court order. See Fed. R. Bankr. P. 3007(d)(5)."*

I find it improper to say that my claim has been satisfied : giving me anything other than what I ask for is not giving me satisfaction. It is up to the client and the claimant to judge whether or not their claim has been satisfied.
I want my Claim to be paid in money, I don't want otherwise way.
I declare that my Claim has not been satisfied because Aeromexico has not granted my request for a cash refund.

## Fifth argument

In point 23 of the "Objection" it is stated :
*"23. ................to avoid the same claimant improperly receiving multiple recoveries on account of the same Claim at the expense of the Debtors and other creditors, the Debtors request that the Satisfied Claims be dissallowed and expunged in their entirety."*

At the moment, it seems to me that for more than 18 months it is Aeromexico that has been disposing of my 2,2966.31€ (3,324.93USD) at my expense, an amount I want to recover in money.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

I do not want to improperly receive multiple recoveries due to the same Claim. I don't want EMD/voucher.
I ask and demand one thing and one thing only as I am entitled to under European law, I want to be
reimbursed in money for the flights cancelled by Aeromexico.


**In conclusion**

It is very difficult to contact Aeromexico and Aeromexico has never given satisfaction to my numerous
requests to be reimbursed in money.
I have never asked for an EMD/voucher in compensation for the cancelled flights, I have always refused the
EMD/voucher imposed on me by Aeromexico because it is useless to me.
I do not want to receive multiple recoveries unduly due to the same claim. I am asking and claiming one
thing and one thing only, as I am entitled to under European law, I want to be reimbursed in money for the
flights cancelled by Aeromexico.
Aeromexico says that they have satisfied my Claim by giving me something other than what I asked for:
this is not acceptable.

I think I have demonstrated above that my Claim is still not satisfied, since I still have not received the
money refund I am asking for.
Therefore, I object to Aeromexico's "Objection" to classify my claim as a satisfied claim and I don't want my
Claim be disallowed and expunged in its entirety.

**Therefore, I respectfully request the Bankruptcy Court to uphold my claim number 12676 in its entirety**
**as an Unsatisfied Claim and to uphold it until I have received in my bank account a refund of 2966.31€ or**
**the 3324.93USD requested in my claim.**


The address(es) to which the Debtors must return any reply to my Response, is the same as that presented
in my Proof of Claim 12676 ; and I am the person possessing ultimate authority to reconcile, settle, or
otherwise resolve the Claim.

        Name :        Lina AL TABBAL
        Address :     208 rue Porte Saint Jean
                      49260 MONTREUIL BELLAY
        Country       FRANCE

        Email : lina92@orange.fr
Phone : +33617964946


Dated :        November 2, 2021
               Montreuil Bellay, FRANCE


                        Lina AL TABBAL
                        Claimant (Claim 12676)

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**Exhibit 1** **First request for cash refund of cancelled flights by Aeromexico: my email of April 8, 2020**



## demande de remboursement des vols annulés - code de RESERVATION MLHRRR
1 message

Lina Al Tabbal <lina92@orange.fr>                                                    mer. 8 avr. 2020 à 12:11
Répondre à : Lina Al Tabbal
<lina92@orange.fr>À :
amcomplaint@aeromexico.com

Bonjour,

J'ai réservé le 3/02/2020 sur votre compagnie Aeromexico, 3 vols aller et retour PARIS-CDG
/MEXICO-MEX :

départ le dim 12 avril de France aéroport CDG à 23h00

par vol AM4

retour le vendredi 24 avril départ de MEX-MEXICO à

18h par vol AM5.

Vous avez modifié et annulé plusieurs fois ces vols d'aller et retour ; ce que je
comprends parfaitement avecl'épidémie du coronavirus en cours.

Comme je l'ai dit au téléphone ce matin à votre collaboratrice ( agomezh@aeromexico.com), je
ne souhaite pasreporter ces vols ou disposer d'un avoir.

Nous ne ferons pas ce voyage, donc je veux être remboursée en totalité des billets en question
et du montant total dema réservation MLHRRR soit 2966.31 €.

Merci de me tenir rapidement informée des modalités et délais de remboursement et des
indemnisations.

Cordialement, bon courage à vous

Lina AL TABBAL

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

---

**Exhibit 2  New request for reimbursement in money : my email of April 21, 2020, because claim of April 8 not satisfied**



---

## demande de remboursement des vols annulés - code de RESERVATION MLHRRR 01328984 [ ref:_00D2EpOtD._5002E1ZBB5w:ref ]

1 message

Lina Al Tabbal <lina92@orange.fr>                                      mar. 21 avr. 2020 à 19:49
Répondre à : Lina Al Tabbal <lina92@orange.fr>
A : AM Complaint Team <amcomplaint@aeromexico.com>

### De Lina AL TABBAL

### [lina92@orang](lina92@orang)

## e.frRéservation MLHRRR

Suite à ma réclamation du 8/04/2020 : Numéro de dossier: **01328984**

**à destination de**       amcomplaint@aeromexico.com

### Bonjour,

Suite à l'appel téléphonique le 8/04/2020 de votre collaboratrice agomezh@aeromexico.com
j'ai fait une réclamation ce 8 avril 2020 et je ne suis absolument pas satisfaite de votre
réponse qui ne respecte pas le droit applicable à la situation.

**RAPPEL DES FAITS :**
J'ai réservé le 3/02/2020 sur votre compagnie Aeromexico, - réservation MLHRRR - 3 vols aller
et retour PARIS-CDG
/MEXICO-MEX :

départ vol AM4 le dimanche 12 avril 2020 de France aéroport
CDG à 23h00 retour vol AM5  le vendredi 24 avril 2020
départ de MEX-MEXICO à 18h.

## Pour le vol aller de CDG Paris France vers Mexico city, MEXICO

**Le 1er avril, vous avez annulé le vol AM4** du dimanche 12 avril vers Mexico city, Mexico (votre email du 1/04/20).

Puis le lendemain, dans votre email du 2/04/20 vous avez proposé le vol AM4 vers Mexico,
mais départ le Samedi 11 avril !!

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

## Pour le vol de retour de Mexico vers la France-CDG

Le **16/03/2020 vous avez annulé le vol AM5** du vendredi 24 avril à 18h (votre email du 16/03).et proposé de le remplacer par le vol AM3 du vendredi 24 avril à 11h55 PM.

**Puis le 7/04 vous avez annulé ce vol AM3** du 24 avril au départ de Mexico.

Le 8/04/2020 votre collaboratrice agomezh@aeromexico.com m'a appellé par téléphone pour savoir si nous allions prendre le vol de remplacement proposé AM4 du samedi 11 avril au départ de CDG. Je lui ai répondu que NON, nous ne prendrions pas ce vol, cette proposition ne nous satisfaisait pas, d'autant plus que vous aviez annulé aussi les vols de retour.

Suite à vos annulations des vols je vous ai réclamé par mail du 8/04 le remboursement complet des vols aller et retour du montant total de ma réservation MLHRRR soit 2966.31€.(ma réclamation Numéro de dossier: **01328984**).**Votre mail du 16/04 en réponse** à ma réclamation du 8/04 ne me satisfait absolument pas, vous refusez de me rembourser les billets des vols que vous avez-vous-même annulés et vous m'imposez de réutiliser le montant des billets pour un voyage futur, ce qui est **contraire aux règles légales applicables**.

**REGLES APPLICABLES A LA SITUATION**
**Vous avez annulé les vols d'aller et retour que j'avais réservés le 3/02**. A ce titre je vous rappelle **que légalement puisque votre compagnie a annulé les vols je suis en droit d'obtenir le remboursement complet de ces billets et puisque votre compagnie a annulé les vols vous n'avez pas le droit de m'imposer un remboursement sous forme de bon d'achat.**

**Ainsi que c'est prévu légalement et comme le rappellent les plus grandes associations de consommateurs françaises :**

« Le règlement européen s'applique aux vols dits « européens », c'est-à-dire ceux qui décollent d'un aéroport situé en Union européenne (UE), quelle que soit la compagnie.

Après l'annulation de votre vol, contactez son service client pour en demander le remboursement au titre du règlement CE 261/2004.

En cas d'annulation de vol, le passager peut choisir entre :le

remboursement de son billet ;

le réacheminement par la compagnie vers sa destination dans les meilleurs délais.

Sauf « circonstance extraordinaire », le passager peut aussi prétendre, en plus du remboursement du billet, à une indemnisation forfaitaire explicitement prévue. Elle est de :

- 250 € pour les vols de moins de 1 500 km ;

- 400 € pour ceux compris entre 1 500 et 3 500 km ;

- 600 € au-delà.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**Dans le cas des vols secs, il n'y a aucun changement dû à l'épidémie de Covid-19 :
c'est la législation européenne classique qui s'applique. Les passagers dont le vol a été
annulé bénéficient d'un remboursement intégral de leur billet : la procédure de
remboursement est indiquée dans l'e-mail reçu de la compagnie à la suite de
l'annulation. Attention : les compagnies aériennes ne peuvent pas imposer un
remboursement en bon d'achat si le vol a été annulé. »**

**MA DEMANDE D'AUJOURD'HUI**

Je constate malheureusement que vos mails d'annulation n'étaient pas conformes à la
règlementation car ils n'indiquaient pas la possibilité de se faire rembourser ni la procédure de
remboursement....

Je comprends bien que vous avez annulé les vols à cause de circonstances extraordinaires et
indépendantes de votre volonté, ce qui est le cas avec l'épidémie de covid-19, c'est pourquoi jene
réclame pas l'indemnité forfaitaire en cas d'annulation de vol qui s'ajouterait au remboursement
des billets (600€ par billet compte tenu de la distance).

Par contre, **votre compagnie a annulé elle-mêmeles vols** et donc **vous n'avez pas effectué le service
prévu dans le contrat de vente, donc comme le droit m'y autorise et selon le règlementCE
261/2004 : je vous demande à nouveau de me rembourser la totalité des vols allers et retours que
vous avez vous-même annulés soit un montant de** 2966.31 €.

**Je compte sur votre sérieux et votre souci de respecter les règles légales pour
procéderrapidement et en totalité au remboursement des billets.**

Dans l'attente de votre réponse,

**Lina AL TABBAL**

> Message du 16/04/20 19:25
> De : "AM Complaint Team" <amcomplaint@aeromexico.com>
> A : "lina92@orange.fr" <lina92@orange.fr>
> Copie à :
> Objet : demande de remboursement des vols annulés - code de RESERVATION MLHRRR 01328984 [
ref:_00D2EpOtD._5002E1ZBB5w:ref ]
>
>

> Chère Mme AL TABBAL

Merci d'avoir contacté le Service Clients d'Aeromexico.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

Nous sommes désolés d'apprendre l'interruption de vos plans de voyage étant donné cette situation sanitaire. Tout de même, dans ce contexte, je vous confirme que votre itinéraire a été annulé/modifiépour des raisons indépendantes de notre volonté, compte tenu des événements actuels. Ainsi, je tiens à vous informer que vos billets 1392115612749, 1392115612750 & 1392115612751 ne sont pas remboursables et aucune exception ne sera traitée. Par contre, conformément à nos politiques face à cette crise, on a supprimé les frais de modification pour que vous puissiez reporter vos dates et finir votre voyage avant le 28 février 2021 (la possible différence tarifaire sera à votre charge).

Vous devez reprogrammer votre voyage, via notre centre d'appels, avant le 03 février 2021. Pour plusde renseignements, veuillez contacter notre équipe en charge, France: 0800 916 754.

Merci de votre compréhension. Nous espérons d'avoir le plaisir de vous accueillir bientôt à bord.Cordialement
Maricruz Mendoza
Customer Care Representative



..........Original Message........ **From:** Lina Al Tabbal [lina92@orange.fr] **Sent:** 8/04/2020 05:
**To:** amcomplaint@aeromexico.com
**Subject:** demande de remboursement des vols annulés - code de RESERVATION MLHRRR

> Bonjour,

>

> J'ai réservé le 3/02/2020 sur votre compagnie Aeromexico, 3 vols aller et retour PARIS-CDG /MEXICO-MEX
:

>

> départ le dim 12 avril de France aéroport CDG à 23h00 par vol AM4

> retour le vendredi 24 avril départ de MEX-MEXICO à 18h par vol AM5.

>

> Vous avez modifié et annulé plusieurs fois ces vols d'aller et retour ; ce que je comprends parfaitementavec l'épidémie du coronavirus en cours.

>

> Comme je l'ai dit au téléphone ce matin à votre collaboratrice ( agomezh@aeromexico.com), je ne souhaitepas reporter ces vols ou disposer d'un avoir.

>

> Nous ne ferons pas ce voyage, donc je veux être remboursée en totalité des billets en question et du montant total de ma réservation MLHRRR soit 2966.31 €.

>

> Merci de me tenir rapidement informée des modalités et délais de remboursement et des indemnisations.

>

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

>

> Cordialement, bon courage à vous

>

> Lina AL TABBAL

>

>
> ref:_00D2EpOtD._5002E1ZBB5w:ref

---

w   **Reclamation2 Aeromexico suite insatisfaction réclamation remboursement du 8av20.docx**
25 Ko

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**Exhibit 3** **October 18, 2021 email from Lina Al Tabbal sent to 2 different Aeromexico email addresses –**
**No answer from Aeromexico**



## demande de remboursement des vols annulés - code de RESERVATION MLHRRR 01328984 [ ref:_00D2EpOtD._5002E1ZBB5w:ref ]

1 message

**Lina Al Tabbal** <lina92@orange.fr>                                                                          lun. 18 oct. 2021 à 12:05
Répondre à : Lina Al Tabbal <lina92@orange.fr>
À : AM Complaint Team <amcomplaint@aeromexico.com>, aeromexico@mx.aeromexico.com

Bonjour,

Aujourd'hui, 18 octobre 2021, votre site internet aeromexico.com donne la politique de
flexibilité applicable aux vols dont l'origine ou la destination est hors du Mexique, achetés
dans les points de vente suivants : Canada, Europe, Japon :

- pour les vols achetés avant le 1$^{er}$ août 2021,
- pour les billets qui commencent par les chiffres 139,
- pour les changements involontaires, c'est-à-dire les annulations liées au COVID-19 ou aux
  restrictions et dispositions gouvernementales.

Parmi les différentes options éligibles pour ce type de réservations, y compris le tarif Basic ,
vous indiquez dans votre politique de flexibilité, que l'on peut demander « le remboursement
avec le mode de paiement avec lequel vous avez effectué votre achat,payable sur 12 mois à
compter de la date de la demande de remboursement ».

J'ai acheté en France (donc en Europe), le 3/02/2020 (donc bien avant le 1$^{er}$ août 2021)sur votre
compagnie Aeromexico, - réservation MLHRRR – 3 vols aller et retour PARIS- CDG
/MEXICO-MEX (donc vols dont l'origine ou la destination sont bien hors du Mexique) pour
un montant total de 2966.31 €. :

départ vol AM4          le dimanche 12 avril 2020 de France aéroport CDG à 23h00

retour vol AM5        le vendredi 24 avril 2020 départ de MEX-MEXICO à 18h.

Les 3 billets de cette réservation commencent bien par les chiffres 139 :

Billet 139 21156 1274 9 au nom de Lina Al Tabbal
Billet 139 21156 12750 au nom de Jeanphilippe Fines
Billet 139 21156 12751 au nom de Theodore Fines

Suite à l'épidémie de covid 19 , vous avez annulé ces vols aller et retour, et en France tout le
monde était confiné avec interdiction de se déplacer pendant notamment tout lemois d'avril
2020, suite aux décisions gouvernementales.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

Pour le vol aller de CDG Paris France vers Mexico city, MEXICO

**Le 1ᵉʳ avril, vous avez annulé le vol AM4** du dimanche 12 avril vers Mexico city, Mexico(votre email du 1/04/20).

Pour le vol de retour de Mexico vers la France-CDG

**Le 16/03/2020 vous avez annulé le vol AM5** du vendredi 24 avril à 18h (votre email du16/03).

**Vous avez annulé ces vols, nous n'avons pas utilisé nos billets et je ne veux pas de remboursement par EMD.**

Ainsi, comme votre politique de flexibilité l'indique , dans cette situation je suis en droitde vous demander le remboursement des billets en question .

**Ma réclamation d'aujourd'hui est claire :**

**Je ne veux pas d'EMD.**

**Je veux être remboursée en totalité des 3 billets** d'avion en question (Billet 1392115612749 au nom de Lina Al Tabbal + Billet 1392115612750 au nom de Jeanphilippe Fines + Billet 1392115612751 au nom de Theodore Fines). Donc **je veux être remboursée en argent, du montant total de ma réservation MLHRRR soit 2966.31**
€. Vous pouvez me rembourser avec le mode de paiement avec lequel j'ai effectué monachat (comme indiqué dans votre politique de flexibilité), à savoir ma carte bancaire Visa dont le numéro finit par 4382.

Je peux aussi vous fournir un RIB pour faire un virement bancaire, si vous le souhaitez.

**Merci de me tenir très rapidement au courant de la suite que vous donnez à ma demande, et de m'indiquer quand je recevrai sur mon compte bancaire la somme en question soit 2966.31€ au total**.

J'espère que ce remboursement se fera rapidement, cela fait déjà plus de 18 mois quevous disposez de mes 2966.31€ (que je vous ai réglés le 3 février 2020, et j'avais déjàfait une demande de remboursement des vols annulés dès le 8/04/2020 adressée à
amcomplaint@aeromexico.com - ma réclamation Numéro de dossier **01328984).**

Cordialement ,

Lina Al Tabbal

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

---

**Exhibit 4  October 23, 2021 email from Lina Al Tabbal sent to 3 different Aeromexico email addresses -
No answer from Aeromexico**

---



---

### demande de remboursement des vols annulés – code de RESERVATION MLHRRR 01328984 [ ref:_00D2EpOtD._5002E1ZBB5w:ref ]

1 message

---

**Lina Al Tabbal** <lina92@orange.fr>                                              sam. 23 oct. 2021 à 19:45
Répondre à : Lina Al Tabbal <lina92@orange.fr>
À : amcomplaint <amcomplaint@aeromexico.com>, aeromexico <aeromexico@mx.aeromexico.com>,
amextensionemdcallcenter@aeromexico.com
Cc : linaha92 <linaha92@orange.fr>

Bonjour,

Aeromexico a annulé et supprimé les vols des billets que j'avais acheté en février 2020,et
malgré mes nombreuses réclamations a toujours refusé de me rembourser en me payant les
**2966.31 € en question. Ma demande est toujours la même depuis ma première réclamation
du 8 avril 2020 : je veux un remboursement de 2966.31€ versé sur mon compte bancaire.
Je refuse un remboursement en avoir électronique (EMD)**.

Je fais partie des passagers qui ont déposé une réclamation "proof of claim" dans lacadre
de la procédure de faillite déposée par AEROMEXICO devant la cour des Etats Unis
(**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**)

**sous Chapter 11**
**Case No. 20-11563 (SCC)(Jointly Administered). Ma demande devant le tribunal estenregistrée
comme "proof of claim #12676".**

**Ma réclamation n'est toujours pas satisfaite, contrairement à ce qu'invoque
AEROMEXICO devant le TRIBUNAL DES FAILLITES DES ÉTATS-UNIS**

**DISTRICT SUD DE NEW YORK.**

**J'ai de nouveau fait une réclamation auprès de vos services (mail détaillé repris ci-
dessous) le 18 octobre 2021.**

**Aucun accusé de réception de votre part , aucune réponse de votre part, et aucun moyen
de joindre par mail le service client d'AEROMEXICO, aucune adresse mail n'est donnée sur
votre site internet, ce qui en soi est de fait un obstacle à toute demande de
remboursement des clients. Alors que votre politique de flexibilité indique, sur votre site
internet, pour mes billets que la demande de remboursement par paiement est possible.
Mais rien n'est prévu pour pouvoir faire cette demande, et vous ne répondez pas lorsqu'on**

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

la fait. J'utilise donc pour vous écrire, toutes les adresses e-mails trouvés dans les messages que vous m'avez envoyés.

**En cas de nouvelle absence de réponse d'AEROMEXICO et surtout d'absence de remboursement des billets, je me verrai dans l'obligation de porter ces faits récents àla connaissance du TRIBUNAL DES FAILLITES DES ÉTATS-UNIS DISTRICT SUD DE NEW YORK.**

C'est une chose de dire devant cette cour que les réclamations des clients créanciersont été satisfaites, mais le discours ne suffit pas, ce sont les actes qui comptent.

**Il est temps de démontrer votre réelle volonté de rembourser les clients qui ont payé des billets pour des vols que AEROMEXICO a annulés. L'inscrire sur votre site internet,là encore n'est pas suffisant, il faut le faire réellement. AEROMEXICO détient depuis plus de 18 mois les 2966.31 € que j'ai payés le 3/02/2021.**

Comptant sur votre volonté de tenir vos engagements,

Lina AL TABBAL

**envoyé :** 18 octobre 2021 à 12:05
**de :** Lina Al Tabbal <lina92@orange.fr>
**à :** AM Complaint Team <amcomplaint@aeromexico.com>, aeromexico@mx.aeromexico.com
**objet :** Demande de remboursement de billets commencants par 139 - vols annulés par Aeromexico - RESERVATION MLHRRR du 3 février 2020

Bonjour,

Aujourd'hui, 18 octobre 2021, votre site internet aeromexico.com donne la politique de flexibilité applicable aux vols dont l'origine ou la destination est hors du Mexique, achetés dans les points de vente suivants : Canada, Europe,Japon :

- pour les vols achetés avant le 1$^{er}$ août 2021,
- pour les billets qui commencent par les chiffres 139,
- pour les changements involontaires, c'est-à-dire les annulations liées au COVID-19 ou aux restrictions et dispositions gouvernementales.

Parmi les différentes options éligibles pour ce type de réservations, y comprisle tarif Basic , vous indiquez dans votre politique de flexibilité, que l'on peut demander « le remboursement avec le mode de paiement avec lequel vous avez effectué votre achat, payable sur 12 mois à compter de la date de la demande de remboursement ».

J'ai acheté en France (donc en Europe), le 3/02/2020 (donc bien avant le 1$^{er}$août 2021) sur votre compagnie Aeromexico, - réservation MLHRRR – 3 vols aller et retour PARIS-CDG /MEXICO-MEX (donc vols dont l'origine ou la destination

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

sont bien hors du Mexique) pour un montant total de 2966.31 €. :

départ vol AM4       le dimanche 12 avril 2020 de France aéroport CDG à
23h00

retour vol AM5       le vendredi 24 avril 2020 départ de MEX-MEXICO à 18h.

Les 3 billets de cette réservation commencent bien par les chiffres 139 :

Billet 139 21156 1274 9 au nom de Lina Al Tabbal
Billet 139 21156 12750 au nom de Jeanphilippe Fines
Billet 139 21156 12751 au nom de Theodore Fines

Suite à l'épidémie de covid 19 , vous avez annulé ces vols aller et retour, et enFrance tout
le monde était confiné avec interdiction de se déplacer pendant notamment tout le mois
d'avril 2020, suite aux décisions gouvernementales.

Pour le vol aller de CDG Paris France vers Mexico city, MEXICO

**Le 1er avril, vous avez annulé le vol AM4** du dimanche 12 avril vers Mexicocity,
Mexico (votre email du 1/04/20).

Pour le vol de retour de Mexico vers la France-CDG

**Le 16/03/2020 vous avez annulé le vol AM5** du vendredi 24 avril à 18h (votreemail
du 16/03).

**Vous avez annulé ces vols, nous n'avons pas utilisé nos billets et je ne veuxpas
de remboursement par EMD.**

Ainsi, comme votre politique de flexibilité l'indique , dans cette situation je suis en
droit de vous demander le remboursement des billets en question .

**Ma réclamation d'aujourd'hui est claire :**

**Je ne veux pas d'EMD.**

**Je veux être remboursée en totalité des 3 billets** d'avion en question (Billet
1392115612749 au nom de Lina Al Tabbal + Billet 1392115612750 au nom de
Jeanphilippe Fines + Billet 1392115612751 au nom de Theodore Fines). Donc **je
veux être remboursée en argent, du montant total de ma réservationMLHRRR
soit 2966.31 €.** Vous pouvez me rembourser avec le mode de paiement avec
lequel j'ai effectué mon achat (comme indiqué dans votre politique de flexibilité),
à savoir ma carte bancaire Visa dont le numéro finit par 4382.

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

Je peux aussi vous fournir un RIB pour faire un virement bancaire, si vous lesouhaitez.

**Merci de me tenir très rapidement au courant de la suite que vous donnez à ma demande, et de m'indiquer quand je recevrai sur mon compte bancaire la somme en question soit 2966.31€ au total**.

J'espère que ce remboursement se fera rapidement, cela fait déjà plus de 18mois que vous disposez de mes 2966.31€ (que je vous ai réglés le 3 février 2020, et j'avais déjà fait une demande de remboursement des vols annulés dès le 8/04/2020 adressée à amcomplaint@aeromexico.com - ma réclamation Numéro de dossier **01328984).**

Cordialement,

Lina Al Tabbal

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

---

**Exhibit 5** Acceptance-Letter_Eleonore-Fines to study in Mexico for 6 months in a school in Mexico City

---

**centro.**    Constituyentes 155, Col. América
Ciudad de México, 11820
T. +52 55 2789 9000 | centro.edu.mx

November 19, 2019.

Dear Eleonore,

I am pleased to inform you that the Admission Committee has reviewed your portfolio and
profile and is delighted to welcome you to Centro de Diseño, Cine y Televisión for the
upcoming spring semester.

You have been accepted in the Comunicación Visual program as an exchange student for
the term corresponding from January 13 to July 10, 2020

For further information please contact Alberto Silerio, International Exchange Coordinator
(asilerio@centro.edu.mx)

Best Regards,

Mtro. Uzyel Karp
Academic Director Comunicación Visual

Comite de Admisiones
Centro de Diseño, Cine y Televisión

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**Exhibit 6** Aeromexico plane tickets for ELEONORE FINES to go to Mexico City in January 2020 and to return in July 2020



## Reçu de billet électronique

**Préparé pour**
FINES/ELEONORE CAMILLE [ADT]

| | |
|---|---|
| CODE DE RÉSERVATION | AQVXVJ |
| DATE D'ÉMISSION DU BILLET | 17déc.19 |
| NUMÉRO DE BILLET | 1392114949698 |
| COMPAGNIE AÉRIENNE ÉMETTRICE | AEROMEXICO |
| AGENCE D'ÉMISSION | Aeromexico/SSW |
| ADRESSE DE L'AGENCE | TROYES, FRANCE |
| VAT FISCAL ID | RFC:AME880912I89 |

## Détails De L'itinéraire

| DATE DU VOYAGE | COMPAGNIE AÉRIENNE | DÉPART | ARRIVÉE | AUTRES REMARQUES |
|---|---|---|---|---|
| 23janv.20 | AEROMEXICO AEROVIAS DE M AM 6104 <br><br> Assuré par: AIR FRANCE | Paris, France <br><br> Heure 11:30 Terminal AEROGARE 2 TERMINAL E | Mexico <br><br> Heure 16:55 Terminal TERMINAL 1 | Code de réservation de la compagnie aérienne JSFSPF Famille de tarif CLASICA Numéro de siège ENREGISTREMENT REQUIS Bagages autorisés 1PC Etat de la réservation OK TO FLY Base tarifaire TLXKAXCI Non valide avant 23JANV.20 Non valide après 23JANV.20 |
| 02juil.20 - 03juil.20 | AEROMEXICO AEROVIAS DE M AM 6103 <br><br> Assuré par: AIR FRANCE | Mexico <br><br> Heure 19:40 Terminal TERMINAL 1 | Paris, France <br><br> Heure 13:40 Terminal AEROGARE 2 TERMINAL E | Code de réservation de la compagnie aérienne JSFSPF Famille de tarif CLASICA Numéro de siège ENREGISTREMENT REQUIS Bagages autorisés 1PC Etat de la réservation OK TO FLY Base tarifaire TLXKAXCI Non valide avant 02JUIL.20 Non valide après 02JUIL.20 |

## Informations De Paiement

| | |
|---|---|
| Mode de paiement | CARTE DE CRÉDIT - MASTERCARD : XXXXXXXXXXXX 3072 |
| Endos / Restrictions | NONEND/NONREF/CHG/CXL - FEE APPLIES |
| Ligne de calcul tarifaire | PAR AM MEX Q146.66 363.88AM PAR Q146.66 |

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.**20-11563 (SCC)** /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

**Exhibit 7** Aeromexico Airfare to France for ELEONORE FINES 18March20-19March20



## Recibo de boleto electrónico

**Preparado para**
**FINES/ELEONORE CAMILLE [ADT]**

| | |
|---|---|
| CÓDIGO DE RESERVACIÓN | MNPKEA |
| FECHA DE EMISIÓN | 16mar20 |
| NÚMERO DE BOLETO | 1392116330049 |
| AEROLÍNEA EMISORA | AEROMEXICO |
| AGENTE EMISOR | Aeromexico/SSW |
| UBICACIÓN DEL AGENTE EMISOR | WEB MX, MEXICO |
| VAT FISCAL ID | RFC:AME880912I89 |

## Información De Vuelo

| FECHA | AEROLÍNEA | SALIDA | LLEGADA | OTRAS NOTAS |
|---|---|---|---|---|
| 18mar20 - 19mar20 | AEROMEXICO AEROVIAS DE M AM 3 | Ciudad de México | París, Francia | Tipo de tarifa Número de asiento REQUIERE CHECK-IN |
| | | Hora 23:55 | Hora 17:25 | Límite de equipaje 1PC Estado de la reservación OK TO FLY |
| | | Terminal TERMINAL 2 | Terminal AEROGARE 2 TERMINAL E | Base de tarifa YNNN0XCB No válido antes del 18MAR20 No válido después del 31OCT20 |

## Detalles De Pago

| | |
|---|---|
| Endoso/restricciones | USD2260.00 NONREFUNDABLE REF/CHG/CXL FREE OF CHARGE/NONEND |
| Línea de cálculo de tarifas | MEX AM PAR Q160.00 2100.00NUC2260.00END ROE1.00 |
| Boleto con cambio | 1392116324458 |
| Tarifa | USD 2260.00 |
| Cobros adicionales | MXN 0 |
| IVA de cobros adicionales | MXN 0 |
| Impuestos / comisiones / cargos | MXN 15 YRI (CARGO POR SERVICIO - MISC IMPUESTO POR LA AEROLÍNEA) |
| | MXN 2003 XO (IVA TRANSPORTACIÓN AÉREA INTERNACIONAL) |
| | MXN 1083 XD (IMPUESTO DE PARTIDA DE AEROPUERTO INTERNACIONAL) |
| Importe Total | MXN 0 |

UNITED STATES OF BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK /
Debtors : GRUPO AEROMEXICO, S.A.B. DE C.V. et al. / Chapter 11-Case No.20-11563 (SCC) /
DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM
(SATISFIED CLAIMS)

From    Lina AL TABBAL
        208 rue Porte Saint Jean
        49260 MONTTREUIL BELLAY
        FRANCE
Email : lina92@orange.fr
Phone : +33617964946

                    To      The chambers of the Honorable Judge Shelley C. Chapman,
                            United States Bankruptcy Court
                            One Bowling Green
                            New York, NY 10004
                            USA

## RESPONSE of Lina AL TABBAL (Claim 12676)
to DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION TO PROOFS OF CLAIM
(SATISFIED CLAIMS)

**OPPOSITION to the disallowance and expungement of my Claim 12676**
**Attached document, pages 1 to 20**



RECEIVED
NOV 1 7 2021
U.S BANKRUPTCY COURT
SD DIST OF NEW YORK