**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,<br><br>Debtors.,[1] | Chapter 11<br><br>Case No. 20-11563 (SCC)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Benjamin W. Loveland, Esq., request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Invictus Global Management, LLC, on behalf of certain funds or accounts managed or advised by it, in the above-referenced cases.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the State of Rhode Island, and the bars of the United States District Courts for the Districts of Massachusetts and Rhode Island.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 3, 2022

*/s/ Benjamin W. Loveland*
Benjamin W. Loveland
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; and Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,<br><br>Debtors.,[1] | Chapter 11<br><br>Case No. 20-11563 (SCC)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Benjamin W. Loveland, Esq. to be admitted, *pro hac vice*, to represent Invictus Global Management, LLC ("Invictus"), on behalf of certain funds and accounts managed or advised by it, in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the State of Rhode Island, and the bars of the United States District Courts for the Districts of Massachusetts and Rhode Island, it is hereby

ORDERED, that Benjamin W. Loveland, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Invictus, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    New York, New York

                                                           _____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows: Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; and Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.